# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

VERONICA KELLY, a citizen of Pennsylvania,
individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

PALMER, REIFLER & ASSOCIATES, P.A.,
a Florida partnership

        Defendants.

_____/

**SUMMONS IN A CIVIL CASE**

CASE NO.:

**08-21843-CIV-MORENO/TORRES**

TO:     Palmer, Reifler & Associates, P.A.
       1900 Summit Tower Blvd
       Orlando, FL 32810

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       Harke & Clasby LLP
       155 South Miami Avenue, Suite 600
       Miami, FL 33130
       Telephone: 305-536-8220
       Facsimile: 305-536-8229

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.



## SUMMONS

**JUNE 26, 2008**

**DATE**

s/ToniAnn Schettino
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court