## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
## CASE NO.:08-21843-CIVMORENO/TORRES

VERONICA KELLY, a citizen of Pennsylvania,
Individually and on behalf of all others
similarly situated,

       Plaintiff,

v.

PALMER, REIFLER & ASSOCIATES, P.A.,
a Florida partnership,

       Defendant.

_____/

### NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE** that Richard Lydecker, Carlos De Zayas, and Alan Feldman of the law firm of Lydecker, Lee, Behar, Berga & de Zayas, L.L.C. hereby appears as counsel of record for Defendant, PALMER, REIFLER & ASSOCIATES, P.A., a Florida partnership, in the above-styled cause.

    Copies of all future pleadings and correspondences should be sent to the undersigned counsel at the address written below. By filing this Notice of Appearance, Defendant, does not waive the right to challenge personal and/or subject matter jurisdiction, service of process, or any other defense available to it.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by **U.S. Mail** and **Facsimile** on <u>**July 16, 2008**</u> to: **Lance A. Harke, P.A., Alison C. Harke, Esquire, Harke & Clasby LLP, 155 South Miami Avenue, Suite 600, Miami, Florida 33130,** *(305) 536-8229* and **Adam M. Moskowitz, Esquire and Thomas A. Tucker Ronzetti, Esquire, Kozyak Tropin & Throckmorton, P.A. 2525 Ponce De Leon, 9**[th] **Floor, Coral Gables, Florida 33134** *(305) 372-3508*.

                              **LYDECKER, LEE, BEHAR, BERGA & DEZAYAS, LLC.**
                              1201 Brickell Avenue
                              5th Floor
                              Miami, Florida 33131
                              Telephone No.: (305) 416-3180
                              Facsimile No.: (305) 416-3180

By:    _/s/ Alan Feldman_____
             Alan Feldman
             Florida Bar No.: 797251