UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISIOIN

CASE #: 08-21843-CIV-MORENO/TORRES
CLASS ACTION

VERONICA KELLY, a citizen of Pennsylvania,
individually and on behalf of all others similarly
situated

      Plaintiff,
v.

PALMER, REIFLER & ASSOCIATES, P.A.
A Florida partnership,

      Defendant.               /

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
## TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

    Defendant, PALMER, REIFLER & ASSOCIATES, P.A. (hereinafter "PALMER") respectfully submits this unopposed motion for enlargement of time to respond to Plaintiff's complaint, and in support thereof states as follows:

    1)    On June 28, 2008, Plaintiff filed a five count class action complaint against Defendant for: (1) Damages for Violation of Rico, 18 U.S.C. § 1964(C); (2) Declaratory and Injunctive Relief under 18 U.S.C. § 1964(A); (3) Money had and Received; (4) Unjust Enrichment, and (5) Violation of Florida's Deceptive and Unfair Trade Practices Act.

    2)    On July 10, 2008, the complaint was served on Defendant.

    3)    On July 16, 2008 the undersigned counsel filed its Notice of Appearance.

    4)    By filing this unopposed Motion for Enlargement of Time, Defendant PALMER does not waive any of its defenses, nor does it submit to jurisdiction or venue. This Motion for

1

Enlargement of Time is being sought to evaluate Plaintiff's complaint, jurisdiction, and venue of the parties.

5) The undersigned counsel has recently been retained to defend this matter and due to the complexity and allegations of this class action complaint Defendant requires additional time to file an appropriate responsive pleading and/or motion directed to Plaintiff's complaint.

6) Defendant PALMER respectfully requests that this Court grant it an additional thirty (30) days from the current due date of July 30, 2008, until and including August 29, 2008 to file an appropriate responsive pleading and/or motion directed to Plaintiff's complaint.

7) This motion is not submitted for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to any party, but denying the motion will cause prejudice to this Defendant.

8) Counsel for all parties has conferred on this matter, and Plaintiff has no objection to Defendant's request for a thirty (30) day enlargement of time. Furthermore, neither party would be prejudiced in the event the court grants Defendant's motion.

**WHEREFORE**, Defendant PALMER, REIFLER & ASSOCIATES, P.A. respectfully requests this Court enter an Order granting all appropriate relief, including a thirty (30) day enlargement of time for Defendant to file its responsive pleading and/or motion directed to Plaintiff's Complaint, and for any further relief this Court deems just and proper.

Dated this 29th day of July, 2008.

>LYDECKER, LEE, BEHAR, BERGA &
>DE ZAYAS, L.L.C.
>Attorneys for Defendants
>1201 Brickell Avenue, 5TH Floor
>Miami, Florida 33131
>(305) 416-3180 - Telephone
>(305) 416-3190 – Facsimile

By: /s/Alan S. Feldman
ALAN S. FELDMAN
FBN: 797251

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies of the foregoing will be served by electronic notification and/or U.S. Mail to the following listed below.

/s/ Alan S. Feldman
ALAN S. FELDMAN

Alison Harke, Esquire and
Lance Harke, Esq.,
Harke & Clasby, LLP,
155 S. Miami Avenue, Suite 600,
Miami, Florida 33130

Thomas A. Tucker Ronzetti, Esq. and
Adam M.Moskowitz, Esq.,
Kozyak, Tropin & Throckmorton, P.A.,
2525 Ponce de Leon, 9th Floor,
Coral Gables, Florida 33134

Jeffrey L. Kodroff, Esq.
Spector, Roseman, & Kodroff, P.C.,
1818 Market Street, Suite 2500,
Philadelphia, Pennsylvania 19103