# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE #: 08-21843-CIV-MORENO/TORRES
CLASS ACTION

VERONICA KELLY, a citizen of Pennsylvania,
LIL SIMON, a citizen of Florida and
RON BAUM, a citizen of Florida,
individually and on behalf of all others similarly
situated

       Plaintiff,

v.

PALMER, REIFLER & ASSOCIATES, P.A.
A Florida partnership,

       Defendant.                 /

## DEFENDANT'S SUPPLEMENTAL PRIVILEGE LOG

Defendant, PALMER, REIFLER & ASSOCIATES, P.A. ("The Palmer Law Firm" or "Defendant") hereby files this, its Supplemental Privilege Log in connection with the discovery requests propounded by Plaintiffs on October 7, 2008.

| NUMBER | DATE OF DOCUMENT | BRIEF DESCRIPTION | ASSERTION |
|---|---|---|---|
| 1. | 06.29.01 | Written Agreement between The May Department Stores Company and Palmer, Reifler & Associates, P.A. for loss recovery services. | Attorney-Client Privelege and Work Product |
| 2. | 05.12.04 | Memorandum from Greg Saputo of Lord and Taylor to Craig R. Cunningham highlighting key elements of agreement between Lord and Taylor and Palmer, Reifler and Associates. | Attorney-Client Privilege |
| 3. | 12.20.02 | Correspondence from Natt Reifler to Robert F. Miller of the Community | Confidential Settlement Negotiations |

|     |          |                                                                                                                                                                                                                      |                                                                       |
| --- | -------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --------------------------------------------------------------------- |
|     |          | Health Law Project in Trenton, NJ regarding civil recovery on behalf of Big V Supermarkets                                                                                                                           |                                                                       |
| 4.  | 10.10.02 | Correspondence from Robert F. Miller of the Community Health Law Project to Natt Reifler regarding claims of Valerie Engstrom                                                                                        | Confidential Settlement Negotiations                                  |
| 5.  | 05.25.05 | Settlement Agreement and Release of All Claims between Ernesto D. Sigala and Palmer, Refiler and Associates, P.A.                                                                                                    | Confidential Settlement Agreement                                     |
| 6.  | 09.23.04 | Correspondence to Natt Reifler from Joseph P. McDonald regarding settlement of debt between Pamela Muran, and a minor and Palmer, Reifler and Associates, P.A.                                                       | Confidential Settlement Negotiations; juvenile record                 |
| 7.  | 04.13.02 | Loss Prevention Investigation report #013267023004 concerning minor defendant                                                                                                                                        | Work Product; juvenile record and Relevancy                           |
| 8.  | 06.xx.07 | Draft copy of a Motion to Dismiss prepared by Plunkett & Cooney, P.C. on behalf of Palmer, Reifler and Associates, P.A. in Kristina Grimard v. Palmer, Reifler and Associates, P.A.                                  | Work Product                                                          |
| 9.  | 07.10.07 | Written Correspondence from Hawkins & Parnell, LLP to Carol Weil of Monitor liability Managers, Inc. regarding the defense of Palmer, Reifler and Associates, P.A. in Minor and Ruby Garnett v. Palmer, Reifler and Associates, P.A. | Attorney-Client; Work Product                                         |
| 10. | 08.07.07 | Written Correspondence from Hawkins & Parnell, LLP to Carol Weil of Monitor liability Managers, Inc. regarding the defense of Palmer, Reifler and Associates, P.A. in Minor and Ruby Garnett v. Palmer, Reifler and Associates, P.A. | Attorney-Client; Work Product                                         |
| 11. | 01.xx.07 | Draft version of Brief in Support of Defendant Palmer, Reifler and Associates, P.A.'s Motion to Dismiss in Civil Action File No. 06RCSC1007                                                                          | Work Product; and Relevancy.                                          |
| 12. | 02.01.07 | Written Correspondence from Hawkins                                                                                                                                                                                  | Attorney-Client and                                                   |

|   |   |   |   |
|---|---|---|---|
|   |   | & Parnell, LLP to Carol Weil of Monitor liability Managers, Inc. regarding the defense of Palmer, Reifler and Associates, P.A. in Minor and Ruby Garnett v. Palmer, Reifler and Associates, P.A. | Work Product |
| 13. | 03.01.08 | File of minor pursued for civil recovery. The file includes: Report by JC Penney Loss Prevention Officers regarding apprehension of the minor daughter of Loida Halcin and the minor daughter of Veronica Kelley; internal journal entries of case proceedings, and First, Second and Third Notices mailed to Linda Halcin regarding minor daughter. | Work Product and Attorney-Client |
| 14. | 06/14/05-01/18/06 | File of individual apprehended at Wal-mart on 06.14.2005 consisting of incident report written by Luz E Melendez and summary of file events | Work Product; Attorney-Client and Relevancy. |
| 15. | 02.10.05 | State of New Hampshire Juvenile Petition regarding minor apprehended at Spencer Gifts on February 5, 2005 in Concord, NH | Juvenile record |
| 16. | 09.15.08 | Cover letter to Investigative report in New Jersey Bar complaint Zubrowski v. Llantin | Attorney-Client and NJ Supreme Court Rules |
| 17. | 08.07.08 | Investigative Report in Edward M. Zubrowski v. Betty A Llantin, written by Susan S. Singer | Attorney-Client and NJ Supreme Court Rules |
| 18. | 09.04.07 | Letter from Edward M. Zubrowski to the New Jersey Bar Association with copy of correspondence from Llantin attached | Attorney-Client and NJ Supreme Court Rules |
| 19. | 09.07.07 | Letter from New Jersey Bar Association to Edward Zubrowski | Attorney-Client and NJ Supreme Court Rules |
| 20. | 10.14.07 | Letter from Edward Zubrowski to Florida Bar – Dept of Lawyer Regulation, letter from Llantin to Zubrowski enclosed with Zubrowski's handwritten notes on it | Attorney-Client and NJ Supreme Court Rules |
| 21. | 02.04.08 | Letter from Seth Ptasiewicz of Essex County Ethics Committee to Edward Zubrowski acknowledging receipt of grievance, and assignment of matter for | Attorney-Client and NJ Supreme Court Rules |

| | | investigation | |
|---|---|---|---|
| 22. | 02.04.08 | Letter from Seth Ptasiewicz of Essex County Ethics Committee to Susan Singer regarding assignment of Zubrowski v. Llantin for investigation | Attorney-Client and NJ Supreme Court Rules |
| 23. | 10.06.07 | Memo from Seth Ptasiewicz to Dora A Bobbitt regarding grievance of Edward Zubrowski v. Betty Llantin | Attorney-Client and NJ Supreme Court Rules |
| 24. | 02.08.08 | Letter from Susan Singer to Betty Llantin regarding pending grievance and investigation | Attorney-Client and NJ Supreme Court Rules |
| 25. | 02.25.08 | Letter from Betty Llantin to Susan Singer in response to grievance of Edward Zubrowski | Attorney-Client and NJ Supreme Court Rules |
| 26. | 10.11.07 | Letter from Patricia Ann Toro Savitz, Florida Bar Counsel, to Edward Zubrowski regarding complaint against Betty Llantin | Attorney-Client and NJ Supreme Court Rules |
| 27. | 02.08.08 | Copy of document number 24 with documents submitted by Zubrowski attached (docs #18 and 20) | Attorney-Client and NJ Supreme Court Rules |
| 28. | 10.11.07 | Copy of document number 26 | Attorney-Client and NJ Supreme Court Rules |
| 29. | 02.29.08 | Letter from Susan Singer to Edward Zubrowski regarding response of Betty Llantin | Attorney-Client and NJ Supreme Court Rules |
| 30. | 10.11.07 | Copy of document number 26 | Attorney-Client and NJ Supreme Court Rules |
| 31. | 01.10.07 – 01.17.08 | Case file in New Jersey Bar v. Vizzone | Attorney-Client and NJ Supreme Court Rules |
| 32. | 02.29.04 | Incident report regarding juvenile apprehended at Publix supermarket attached to FL Bar complaint by Mr. Constable. | Work Product, Juvenile Record and Attorney-Client |
| 33. | 05.09.07 | Cover letter and Investigative Report in Bonomo v. Llantin (NJ Bar Complaint) | Attorney-Client and NJ Supreme Court Rules |
| 34. | Not dated | Doc Labeled "Exhibit A: List of Client Who Have Requested We Attempt to Settle Civil Claims Involving Chapter 122 of the Arkansas Code" | Work Product, Attorney-Client and Relevancy. |
| 35. | 08.07.03 | Incident report relating to incident involving a minor at Steve and barry's on | Work Product, Attorney-Client, |

|     |          |                                                                                                                                           |                                                                                              |
|-----|----------|-------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------|
|     |          | 04.15.08, attached to a CT Bar Complaint                                                                                                  | Juvenile Record and Relevancy.                                                               |
| 36. | 05.04.07 | Incident report involving minor at JC Penney on 05.04.07 relating to Patricia Towers v. Palmer, Reifler & Assoc., P.A.                    | Work Product, Attorney-Client, Juvenile Record and Relevancy.                                |
| 37. | 11.05.08 | Confidential Mutual Release and Settlement Agreement in DeJoseph v. Palmer, Reifler & Assoc., P.A.                                        | Confidential Settlement Agreement                                                            |
| 38. | 01.30.08 | Confidential Mutual General Release between Itshak Is, The Home Depot USA, Inc. and Palmer, Reifler & Assoc., P.A.                        | Confidential Settlement Agreement                                                            |
| 39. | 11.30.07 | Letter from Palmer Reifler & Assoc., P.A. to Tatiana Lopez relating to settlement discussions                                             | Confidential settlement discussions                                                          |
| 40. | 2007     | Unexecuted draft copy of Joint Stipulation between Brandsmart, USA, Inc. and Damon Straw                                                  | Attorney-Client Privilege, Work Product and Confidential Settlement Negotiations             |
| 41. | 12.12.07 | Letter from Palmer, Reifler & Assoc., P.A. to Damon Straw relating to settlement of civil dispute with Brandsmart USA, Inc.               | Attorney-Client Privilege, Confidential Settlement Negotiations                              |
| 42. | 02.20.01 | Incident report relating to apprehension of Christina Scribner at Wal Mart on 02.20.01                                                    | Attorney-Client Privilege, Work Product, Work Product                                        |
| 43. | 08.25.05 | Settlement Agreement and Release of All Claims between Michael Boyle and Palmer, Reifler & Assoc., P.A.                                   | Confidential Settlement Agreement                                                            |
| 44. | 2008     | Unexecuted draft copy of Joint Stipulation between Brandsmart USA, Inc. and Eric Hodge                                                    | Attorney-Client Privilege, Work Product and Confidential Settlement Negotiations             |
| 45. | 12.05.07 | Cover letter and unexecuted draft copy of Joint Stipulation between Dwayne MacFarlane and Brandsmart USA, Inc.                            | Attorney-Client Privilege, Work Product and Confidential Settlement Negotiations             |
| 46. | 08.09.07 | Incident Report and supporting                                                                                                            | Attorney-Client                                                                              |

|     |           |                                                                                                                              |                                                                         |
| --- | --------- | ---------------------------------------------------------------------------------------------------------------------------- | ----------------------------------------------------------------------- |
|     |           | documents relating to apprehension of Georgina Hernandez at Beall's, Inc.                                                    | Privilege and Work Product                                              |
| 47. | 2004      | Incident Report and summary of file events relating to apprehension of and civil recovery from Jason Christophe Metrux        | Attorney-Client Privilege and Work Product                              |
| 48. | 11.06.08  | Client List                                                                                                                  | Trade Secret Protection/Confidential                                    |
| 49. | Not Dated | Brochure of information containing client list, trade secret and proprietary confidential information, and Defendant's methodologies. | Trade Secret Protection/Proprietary Confidential Information |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was provided, via ☐ First Class U.S. Mail; ☒ facsimile transmission, and/or ☒ hand-delivery, to: Alison Harke, Esquire and Lance Harke, Esq., Harke & Clasby, LLP, 155 S. Miami Avenue, Suite 600, Miami, Florida 33130 (facsimile 305-536-8223); Thomas A. Tucker Ronzetti, Esq. and Adam M. Moskowitz, Esq., Kozyak, Tropin & Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Coral Gables, Florida 33134 (facsimile 305-372-3508); Jeffrey L. Kodroff, Esq. Spector, Roseman, & Kodroff, P.C., 1818 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103 (facsimile 215-496-6611); this 10th day of December, 2008.

Respectfully Submitted,

LYDECKER, LEE, BEHAR, BERGA &
DE ZAYAS, L.L.C.
Attorneys for Defendants
1201 Brickell Avenue, Fifth Floor
Miami, Florida 33131
(305) 416-3180 - Telephone
(305) 416-3190 – Facsimile

By: /s/Alan S. Feldman
    ALAN S. FELDMAN
    FBN: 797251