# EXHIBIT A



PALMER REIFLER & ASSOCIATES P.A.

search

HOME | ABOUT | SERVICES | CLIENT REMARKS | LINKS | EVENTS | TERMS | CONTACT

**SEE ALSO**
- FAQ's

## WHAT OUR CLIENTS THINK

Read why many of our firm's clients have chosen Palmer, Reifler & Associates, P.A. to provide their collection services.

People that know me in our industry understand that I don't give recommendations lightly. I have been involved with civil demand programs since the early 1990's and I can say with all sincerity that I have never experienced a recovery rate as high as what Palmer, Reifler, and Associates has accomplished for both civil demand and theft restitution collection. I currently fund my entire reward program as well as my ink tag replenishment program with the dollars recovered by P, R & A. How great is it that you don't have to go to the boss and beg for funding for 2 important programs? Everyone in the business says they are great, I asked them to prove it. **THEY DID!**

**SCOTT TERRELL**
SENIOR DIRECTOR OF ASSET MANAGEMENT
*SPENCER GIFT'S, LLC*

Palmer, Reifler not only far exceeds my expectations in recovery month in and month out, their client service is **EXCEPTIONAL!**

**JOE DIMARIANO**
DIRECTOR OF LOSS PREVENTION
*URBAN OUTFITTERS*

I couldn't be happier with Palmer, Reifler & Associates in Civil Demand, Employee Restitution and Worthless Checks. Their professional staff responds immediately to any of our needs and can not imagine any other company or Firm **EXCEEDING THEIR RECOVERIES!**

**RICH PALMER, CPP**
SENIOR DIRECTOR OF ASSET MANAGEMENT
*GORDMANS*

I must say that each one of the associates I communicate with could not be nicer or more helpful. The advice and recommendations that I receive from your staff have been right on from the beginning. I would not hesitate to recommend your firm over any other company providing similar services. Your **PEOPLE TRULY MAKE THE**

**POLL**
Do You Currently Have an In-House Civil Recovery Program?
○ Yes
○ No

Vote

**DIFFERENCE!**

**O. KEITH WANKE**
**VICE PRESIDENT LOSS PREVENTION & AUDIT**
*DUNHAM'S SPORTS*

---

I am very pleased with the recoveries that Palmer, Reifler & Associates has collected for us. Ever since we switched civil recovery providers their staff has been **MORE HELPFUL AND PRODUCTIVE!**

**BILL HANDY**
**CORPORATE LOSS PREVENTION MANAGER**
*LINENS 'N THINGS*

**FAQS**   [Total: 1 - List All]

- How long has Palmer, Reifler and Associates P.A. been involved in civil recovery law?   [Search]

your email here  (go)   HOME | ABOUT | SERVICES | CLIENT REMARKS | LINKS | EVENTS | TERMS | CONTACT |

Copyright © 2009 Palmer Reifler & Associates. All rights reserved.