# EXHIBIT



# A

# FILED

# UNDER

# SEAL