# EXHIBIT B

LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.

1900 Summit Tower Boulevard, Suite 820
Orlando, Florida 32810

TELEPHONE
(407) 875-3400
(866) 875-6565

FACSIMILE
(407) 875-0739

September 15, 2008

David R. Johnson, Esquire
The North Carolina State Bar
Post Office Box 25908
Raleigh, North Carolina 27611

Re: File number: 08AP0075

Dear Mr. Johnson:

This correspondence is written in response to your letter of August 26, 2008.

Your inquiry relates to a UPL issue which we previously resolved with your Committee and the North Carolina Bar Association. Attached is correspondence from the Consumer Protection Committee of the North Carolina Bar Association dated January 15, 1998, wherein we were advised that the Committee found our practices and procedures to be UPL compliant. The Committee reviewed our firm's practices and procedures in detail, dismissed the complaint and closed the file.

We assist retailers with providing statutory form notices to shoplifters pursuant to Section 1-538.2(a), General Statutes of North Carolina. The statute provides the specific language for the form notice and our actions are administrative in nature. We previously agreed with the Committee to notify the recipients that we are licensed in Florida and Texas only. Additionally, we do not use a local North Carolina address or telephone number, nor do we advertise anywhere in the state.

Of course, in the event our client determines to proceed with filing of a legal claim, a North Carolina attorney will be engaged for such purposes. This also confirms our firm's desire and intention to fully comply with all requirements of North Carolina State Bar.

KELLY V PALMER RFP1
01759

Mr. Johnson
September 10, 2008
Page 2

    It is the law of virtually all states that the mere mailing of correspondence from an out-of-state licensed attorney into another jurisdiction is not the practice of law. If such were the case, a North Carolina attorney would not be allowed to send correspondence to a Florida attorney regarding his client's desire to acquire real estate in Florida, unless he were also licensed in Florida. Clearly, such a restriction upon an attorney's ability to send interstate mailings is an unreasonable restraint of trade and does not give rise to a UPL violation.

    We appreciate your inquiry and trust that this adequately addresses your concerns. Should you have any further questions, please contact the undersigned or Natt O. Reifler at our law office. Thank you very much.

    Very truly yours,

    James R. Palmer
    For the Firm

JRP/jg