EXHIBIT

C

This message and any attachments may contain information that is proprietary and confidential. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments or, if received by facsimile, please call the sender. Thank you.

# Request for Information



**TARGET**

## Civil Demand Recovery and Restitution Services

| | |
|---|---|
| Issue Date: | 06/28/06 |
| Receipt Confirmation Deadline: | 06/30/06 |
| RFI Response Deadline: | **07/06/06** |

This Request for Information ("RFI"), and any other supplementary information provided to you in conjunction with this RFI, contains Target Corporation confidential information and is and shall remain the proprietary property of Target Corporation. In consideration for its disclosure, you agree that without written permission from Target Corporation you will not (1) make copies of any portion of the document, (2) disclose or distribute any information from it to any third party or (3) use the confidential information for any other purpose than to develop your response and participate in the online reverse auction process. In addition, you also agree to return the RFI document and supplementary information upon request.

**NOTE: This Request for Information has been sent by e-mail only. Information related to this RFI that is sent to you by Target Corporation is deemed received when sent in the same form and manner as this RFI was communicated.**

---

KELLY V PALMER RFP1
02331

## 1.   INTRODUCTION

### A.   Purpose of the Request for Information (RFI)

Target is reviewing sourcing services for recovery of civil demands and restitution.

Target currently manages the civil recovery processes internally with a dedicated team. We are reviewing other options for managing the process to ascertain which approach will drive the best results and be most cost effective, while maintaining Target brand expectations. The civil recovery process includes all aspects of collecting civil demands from shoplifters and restitution from former team members.

Target Corporation's intent is to select a vendor or a limited number of preferred vendors, with whom Target Corporation may contract to handle all needs. The overall objective is to reduce the cost of services without compromising our stringent service, quality and compliance requirements. Target Corporation requires compliance with terms and conditions and all applicable laws, rules and regulations. The benefit to you, as a participating vendor, is the opportunity to be awarded a substantial portion of the Target's business.

Target Corporation is seeking suppliers who can meet our stringent cost, quality, and service requirements. We invite you to participate in this RFI, with responses received on or before dates listed below. All responses to be sent via e-mail to Susan.Ewing@target.com. Please submit only one response for your company.

The schedule for the Target Corporation RFI is as follows:

| | |
|---|---|
| RFI sent to vendors | 06/28/06 |
| Deadline to acknowledge receipt of RFI | 06/30/06 |
| Deadline to return completed RFI, Maps and Attachments.  *WE ENCOURAGE YOU TO RETURN YOUR INFORMATION AS SOON AS IT IS AVAILABLE.* | 07/06/06 |

## 2. IMPORTANT INFORMATION

### A.   Disclaimer

This RFI does not commit Target Corporation or any member of our staff to any specific course of action. The issuance of this RFI does not bind Target Corporation in whole or in part.

Target Corporation reserves the right to:
- Discontinue this RFI process without obligation.
- Change the total quantity of the product desired prior to the bid.

KELLY V PALMER RFP1
02332

**B.**     **Target Corporation Representative**

All contacts and questions with regard to this RFI must be directed to the Target Corporation Representative **via e-mail ONLY**. Discussions regarding this RFI with other parties within or associated with Target Corporation are subject to confidentiality requirements and may result in your disqualification from this process.

For the purposes of this RFI, the Target Corporation Representative to contact is:
Susan Ewing
1000 Nicollet Mall,
Minneapolis, MN  55403
(612) 761-7321

## 3.  VENDOR INSTUCTIONS

**A.**     **Acknowledgement of Receipt**

Upon receipt of this RFI, please e-mail your acknowledgement of receipt to the Target Corporation Representative, Susan.Ewing@target.com by 06/30/06.  By acknowledging receipt of this RFI, you are designating the e-mail system for the purpose of receiving any additional records or information and agreeing to conduct a transaction by electronic means.

**B.**     **Vendor Responses and Attachments to be completed and returned by 07/06/06**

♦   Complete your RFI responses directly on this document and e-mail, attachments to be completed and returned via e-mail, all to the designated Target Corporation Representative.
♦   Documents that cannot be sent via e-mail, should be mailed to receive prior to 07/06/06.

**C.**     **Confidentiality Agreement**

All material enclosed or otherwise submitted to you by Target Corporation must be treated as confidential and cannot be used for any purpose other than your response to this RFI.  Ownership of all materials remains with the Target Corporation.  Information submitted by any potential vendor will be considered and treated as confidential by Target Corporation, its buyers and consultants acting on its behalf.

**D.**     **Vendor Costs**

Your company is responsible for all of the costs that it incurs with regard to this RFI.

**E.**     **Questions and Clarifications**

♦   Target Corporation will be glad to help clarify any items regarding this RFI that your company does not fully understand.  It is your company's responsibility to seek this clarification.  Please direct all questions by e-mail to the designated Target Corporation Representative Susan.Ewing@target.com. Please include a contact name, phone number and an e-mail address at which we can contact you. **Any questions must be received by 5:00 p.m. CDT on 07/06/06.**

KELLY V PALMER RFP1
02333

- ◆ Vendors currently doing business with Target Corporation should not assume that Target Corporation has any knowledge of their business, capabilities or operations.
- ◆ In order to ensure consistent treatment of all vendors, all communications should be with the Target Corporation Representative.
- ◆ At Target Corporation's discretion, substantive questions from the RFI participants and the corresponding Target Corporation responses may be shared with all vendors via e-mail.

**F.      Expectations**

Please describe capabilities and competencies of the following:

- Technology
  - o   Systems description and capabilities

Palmer, Reifler and Associates P.A. is committed to technological excellence in its computer hardware, enterprise software, and networked systems.  Our law firm utilizes the following main technologies in our daily operations:

- ▪ Proprietary case management system created by in-house IT professionals with expertise in the collections arena.
- ▪ SQL Server 2000 allows us to maximize our scalability and offers nearly unlimited growth in terms of data storage and retrieval.
- ▪ .NET technologies allow our firm to create various web services in order to facilitate certain technological operations and vendor interactions.
- ▪ Updated operating system platforms including Microsoft Server 2003 on all servers and Windows XP Professional on all client computers.
- ▪ Strong web presence including online client reporting, opposing party payment website, an Intranet portal for internal communication, and an informative client-driven website.

**Recovery Call Center Technology**

Our Telephone Acquisition Group (TAG) is supported by a sophisticated call center that utilizes a predictive dialer and Interactive Voice Response (IVR) computer systems over four full T1 circuits.  We also outsource a majority of our outbound alert messages to two industry leading providers. On an average week, we deliver approximately 350,000 messages to our opposing parties.

Our Telephone Acquisition Group and its managers have a number of technologies at their disposal to help facilitate their work.  These include our proprietary case management system, the ability to electronically take and verify credit card and check payments while on the phone with the opposing party, and enhanced reporting capabilities to help analyze both case and phone data information for continuous improvement efforts.

KELLY V PALMER RFP1
02334

o   Security protocols  and capability

Palmer, Reifler and Associates P.A. take a proactive approach to handle security concerns and threats, while striving to maintain ease of interaction with the client.  We employ several different approaches in securing our environment. These technologies include:

- An advanced software-based Check Point firewall guards against unauthorized access into our internal networks.
- McAfee Enterprise level virus detection protects against threats such as viruses and worms.
- McAfee GroupShield is our server based spam software that prevents the introduction of prohibited attachments into our office.
- All sensitive web transfers utilize secure technologies such as SSL or SSH connections (certificated issued by VeriSign).
- Individual file encryption strategy using PGP.
- Our building utilizes several full time security professionals, after hour's key-card access, and combination locks on the main entry doors.
- Enforced periodic audit of security threat, data protection, and disaster recovery scenarios.
- We do not utilize wireless networking to prevent unauthorized eavesdropping on our internal network.
- Limited VPN access to key members of IT.

o   Describe and demonstrate letter generation

Palmer, Reifler employs letter generation and delivery as its first line of communication with an opposing party.  Our legal staff has crafted a number of proprietary letter series for our clients designed to optimize recoveries while applying strict legal compliance standards.    Letters specifically describe the reason for collection, amounts due, legal statutes as required, and penalties for failure.  Various templates and formats co-exist with modification requirements defined by type of recovery, client requests, state regulation, and our legal representation in any particular state.  The firm has also developed letter series to accomplish specialized enhanced recovery goals, such as our Last Chance and Aged Case Programs.

Our policy is to have letters in the mail within 24 hours of receipt.  To prepare for delivery, our firm produces the actual letter, assigns certain cases for legal review and signature, validates address and assigns postal barcode, and performs the sort-fold-stuff mail operations.

The firm invests in technology with the goal of continually reducing the letter generation cycle time.  Recently acquired high speed printer increased our letter generation speed from 50 LPM to 85 LPM.  In addition, we've invested in letter folding and mailing equipment that elevated our capacity from 80,000 to 120,000 letters per month.  Increasing letter production decreases recovery cycle time, which in turn increases recovery percentages.  We routinely have technology upgrade clauses included in our equipment leasing programs to prompt improvement.

KELLY V PALMER RFP1
02335

The firm also employs sophisticated optical character scanners that allow us to quickly update our case management database with address correction information received from the post office. This allows letters that have been returned to our Firm by the post office, for any number of reasons, to be researched and/or skipped traced quickly, thus increasing the client's recovery on those hard-to-track cases.

## ADDENDUM A    SAMPLE RECOVERY LETTERS

o   Criteria for calculating civil demands

Our Law Firm uses three components in determining the appropriate civil penalty demand amount. The *first* component is an analysis the state statute itself looking at three elements: The minimum and maximum demand amount expressly permitted or if the statute requires use a particular formula (i.e. three times the merchandise value). The types of theft the legislature intended to include under the statute (i.e. credit card fraud, cash theft). Whether or not the statute forbids the pursuit of minors or has a parental liability component. Through continuous research and automated updates, our legal team can detect changes in any statutory terminology or legislative intent. This constant emphasis enables our Law Firm to remain proactive and to ensure that all correspondence and opposing party communication is accurate and to the letter of the law. Moreover, it has also enabled our firm to be instrumental in the lobbying and enactment of state civil penalty statutes where our clients have suffered losses but were without any legal remedy.

The *second* component also involves research in the case law and judicial opinions. While a state civil penalty statute may expressly state one thing, recent case law interpreting that statute may state something else. As a true Law Firm, we also can interpret such opinions and ensure compliance of all aspects of our calculation process.

The *third* component is that of our clients' requirements. Our clients have the final say in many aspects of our civil penalty calculation. Our clients determine the demand amounts, the underlying age, theft amount parameters and which individual cases we pursue or close. While our Law Firm can furnish our clients with each statutory demand range, suggestions and industry standards, our clients pinpoint the amounts they would like us to pursue. At all stages of our representation, our clients have the power to stop our pursuit or change a demand amount and, as a law firm regulated by the Florida Bar Association, we must comply immediately.

o   Describe payment processing

Our support for opposing parties is focused on the broadest access possible to reach successful conclusion of a case. Our Telephone Acquisition Group (TAG) and Legal staff are fluent in both English and Spanish languages. Our TAG and Legal support teams work from 7am eastern standard time to 11pm to cover all US time zones. We reach out and are available to opposing parties seven days a week. Best practices are employed within TAG and are reviewed regularly by our managers, trainer(s) and our legal staff.

Opposing party payments can be made by check, money order, a variety of credit cards, ACH

KELLY V PALMER RFP1
02336

styled payments, cash, wire-transfer, and web-based payment acceptance (PalmerPay.com). Payments are received and posted to the remaining balance and client's trust account daily. Lockbox processing has been established for Canadian payments. Palmer-Reifler has also established forwarding boxes for in-state address delivery.

While we strive to resolve payment in full, partial payments occur regularly and, thus, are made a part of our reoccurring and ongoing operational and accounting processes. Upon receipt of any partial payment, our accounting department updates our case management system accordingly. This is important, as it alerts our Telephone Acquisition Group to payment developments that impact on-going outbound/inbound calling efforts. Defaults on payment agreements trigger further actions (i.e., calls and/or letters) and are pursued vigorously. However, we are sensitive to the needs that many times create a default with a pay agreement and we work with opposing parties to get them back on track.

    o   Customizing to client specifications

It is our mission to be client-driven in all aspects of our operation. Our IT Team works to ensure that our systems are flexible to client needs. While not limited to, this mainly occurs in two areas; Data Import and Client Reporting needs.

### Data Import (Case File Transfer)

Our firm can receive cases electronically in any format required by the client. Our proprietary case management system is compatible with all case management software systems on the market for electronic case transfer, such as APIS, Wazaugua, LPMS. In addition, we routinely connect with proprietary client systems, download from secure FTP sites, and receive encrypted spreadsheet case file transfers. Our commitment to our clients is that regardless of the interface, our IT team will ensure compatibility. Since 1988, we've never failed to deliver.

In addition, our network fax server allows us to receive cases manually on a daily basis. We also have the ability to verify and process faxed incident reports electronically with the use of custom generated client specific PDF forms. Many clients continue to mail cases and we have a full time staff of data entry team members. When we acquire a new account from another third party or a client in-house program, we may retrieve in the field and hand enter tens of thousands of cases going back up to seven years. Our data entry team is cross trained to support our Telephone Acquisitions Group (TAG). Likewise, some members of our TAG team and skip-tracing department are cross-trained to support the data entry team, which helps ensure immediate processing for a new client that has a backlog of paper cases.

### Customized Reporting

Our Client Service Teams (CST) work closely with our clients to understand and develop client reporting parameters. Our IT Team provides the systems support to our Client Service Teams to generate these reports. Reports are published using the most recent version of Crystal Reports and Crystal Web Server. Our reports are completely customizable and can be exported into several different file types such as CSV, Excel, etc. Our clients can access these reports through a secure website, or have them auto-generated and emailed on a regular schedule, or delivered through the Account Manager.

All PRA reports can be provided with a breakdown by Division, District, Region, Store, or Department as long as the data is provided in that manner. In addition, the firm provides an

KELLY V PALMER RFP1
02337

array of exception based reporting to our clients, as well as feedback data fed upstream through our client's case management system.

    o   **Experienced staff**

Our Firm has a dedicated in-house staff of six full time IT professionals who, collectively, have experience in every integral area of information technology. Several members of our IT staff are Microsoft certified professionals and are continually challenged to recommend the latest technologies available. Our staff's skill set includes:

- Systems Analyst/Development
- Database Administration
- Security Administration
- Decision Support
- Project Management
- Infrastructure Engineering
- Help Desk Support

PRA also incorporates third party experts specializing in unique IT processes. These "pros" have assisted PRA with specialized communication and reporting features and are regularly called upon as new methods are available.

    o   Interface/integration scalability & experience with high volumes

All of the technologies our firm utilizes are completely scalable. Our proprietary case management system runs on a SQL database backend which has the ability to hold several terabytes of information. At any given time, we currently manage in excess of 2.5 million cases, with ample capacity to increase case volumes.

Through the outsourcing of our alert type messaging, we have the ability to reach every contact in our database with a valid phone number several times per week. Currently we successfully send an average of 350,000 calls per week. There is no limit to the amount of outbound calls that can be placed, allowing us to handle extremely high volumes.

The call center uses Computer Telephony (CT) to integrate the capabilities of their current and future computer applications with telecommunications. This integration will speed call handling and allow multi-tasking to achieve increased levels of productivity. Some of the features available to us with the new communication platform are:

- Transparent Networking
- Integrated Voice Processing
- Unified Messaging Solutions
- Automatic Call Distribution
- Auto Attendant

KELLY V PALMER RFP1
02338

- Windows-Based Administration
- Computer Telephony (CT) Integration
- CT Standards-TAPI, CSTA
- Remote Station Monitoring
- Record-A-Call
- Automatic Route Selection (ARS)
- Call Processing Server Redundancy
- Open Platform for Integrated Voiced/Data Processing
- Real-Time ACD Monitor Windows

This software-based, open-architecture communications platform will allow Palmer, Reifler & Associates the capability to implement Voice over Internet Protocol (VoIP) and live internet connections.   A true synergy was formed with the campaign tandem of letters and calling, increasing recoveries while decreasing recovery cycle time.  We now deliver larger checks to our clients in a shorter time span.

- o   Web access capabilities

Palmer, Reifler & Associates invests in web access technologies on four fronts:

- Online Client Portal – Crystal Web Server is implemented to host our client customized Crystal Reports over the Internet. We also have an import application that interfaces with data housing vendors to pull cases into our system.
- Online Payment Site – We've developed an online payment site for our opposing parties to make secure payments toward their case by all major credit or debit cards.
- Client information and marketing – We continue to develop and enhance our informative client and marketing based website.
- Internal Firm Intranet – The firm maintains an internal intranet with individual client sites, providing a powerful communication tool for our Client Service Teams, as well as the firm at large.

- Procedures
  - o   Best practices

A key area of differentiation between Palmer, Reifler and our competitors is our ability to produce substantially higher total net recovery dollars, as reported to us by our clients.  We believe this is because of our ability to identify Best Practices and invest in the human and technological resources required to implement them.  In the civil recovery industry, we believe Best Practices currently gravitate toward the following three areas:

KELLY V PALMER RFP1
02339

Industry Best Practices/Best Processes

- **Maximize Case/Data Production Quality** (Optimal LP Procedures/Complete Information/Quality Feedback To Client/Exception Based Reporting).
- **Speed, Speed, Speed** (Minimize time between incident and completion of recovery effort, Highly Efficient Technology/Processes, Full Featured Case Management Software).
- **Maximize Quality Of Recovery Effort** (Legal Expertise/Risk Management, Skilled/Trained Recovery Specialists, Highly Effective Recovery Processes, Innovative Recovery Programs).

The following are Palmer, Reifler Best Practice highlights impacting these areas.

## Client Service Teams (CST)

A **Client Service Team (CST)** is a cross-departmental team, led by an Account Manager, dedicated exclusively to your account to help ensure top-level client-driven service and accountability. A typical team includes an Account Manager, Client Development, Legal Advisor, Restitution Liaison, and IT Team Members. Exact team membership is defined by client needs. The activities of a Client Service Team are guided by a **Team Charter**.

The **Team Charter** is the documented structure and process of our commitment to our clients. It is the mutually agreed upon description of performance. The Team Charter identifies team members and describes their roles; details the operational process; specifies the type, method, and frequency of reporting; and defines our performance feedback and communication process with our clients. The Charter documents our processes from receipt of case to method and frequency of client payment. It provides the team with a clear understanding of client expectations and ensures that the expectations are client-driven. This is a dynamic document, with any procedural changes reflected in revisions to the Charter.

In short, our **Client Service Teams and Team Charters** are an integral part of our Best Practice approach.

## Legal Staff

We are a law firm. Our organizational structure allows our attorneys to be integrated with our Telephone Acquisition Group (TAG) and directly supervise every aspect of our civil recovery efforts. Minor issues with opposing parties are first screened by our TAG members, under the close guidance of our legal staff, and often resolved on the spot. Legal issues beyond the scope of our TAG team members are immediately transferred to our legal staff for timely resolution. Incoming calls from opposing party attorneys, for example, are immediately transferred to the legal staff for resolution. This "real time" integration of our legal staff expedites the disposition of legal issues, resulting in faster settlements. This reduces recovery cycle time, increases overall recoveries and provides the highest available standard of legal services to our clients.

KELLY V PALMER RFP1
02340

This synergistic combination of risk management and efficient recovery performance is unparalleled in our industry.

## Of Counsel Attorneys

Our legal staff is supported by our nationwide of counsel attorney staff, strategically located in the thirty two (32) most populated states. Our of counsel staff allows us to bring a local legal presence to our opposing parties. Our research indicates that recovery percentages increase when the opposing party receives an attorney letter in the state in which they reside. In addition, our of counsels support our statute review efforts and provide other legal consultation to the firm. We believe this is a Best Practice approach to nationwide client representation.

## Ability To Assess Attorney Fees

The fact that we are a law firm also enables us to assess attorney fees, paid by opposing parties, in the course of our recovery efforts. This Best Practice is a key aspect of our recovery success for several reasons. First, the attorney fees are only assessed in situations where the opposing party has repeatedly refused to pay (and only where allowed by state statute). By assessing the attorney fee on subsequent correspondence, we may "get the attention" of an opposing party who had otherwise ignored early repeated attempts at settlement. This generates recoveries when they would otherwise not likely occur. This drives higher recovery dollars for our clients.

Second, the attorney fee is paid by the opposing party, not the client. The attorney fees collected help subsidize the sizeable investment the firm makes in the human and technological resources, our of counsel attorney network, as well as the processes we employ in driving ever higher recoveries, as illustrated through this RFI response. Asking the perpetrator of the crime to bear some financial responsibility for the recovery effort is in accordance with the spirit and original intent of civil recovery legislation. The result is a win-win for the client. In certain instances, attorney fees can help us generate lost recoveries, while the opposing parties help subsidize the additional expense required to reach them.

## Telephone Acquisition Group (TAG)

We have a highly productive staff currently of twenty-seven (27) recovery specialists, known as the Telephone Acquisition Group (aka TAG), who are cross-trained for inbound and outbound calls. As one of our key core competencies, TAG is an area of focus for our law firm. The following are some Best Practice highlights regarding TAG.

- Our TAG members are continually engaged in training modules to further develop and reinforce the unique recovery culture at Palmer, Reifler. Our "firm, but fair" approach to civil recovery has proven highly effective and has earned the trust and confidence of our clients. They have been described our client guest observers more as case workers than collectors.
- Additionally, TAG benefits from the close working relationship with our legal staff, which not only provides valuable "real time" legal support, but also acts as a continuing legal education program in civil recovery law. We've had a number of law students in TAG through the years.

KELLY V PALMER RFP1
02341

- TAG is an integral part of a finely tuned process. Combined with Automated Outbound Call and alert programs, a sophisticated telephony management system with predictive dialing capabilities, and our proprietary integrated case management software system, our Directors of Operation and Finance, along with our TAG leaders, continually monitor key performance metrics and adjust our systems accordingly. In this way, we manage the flow of calls at precise optimal levels to maximize productivity.

- In addition, we have a **Court Ordered Restitution Team** that serves our clients by managing the restitution process through the courts. This involves extensive follow-up through the court systems, opposing parties, and our client organizations (down to the store level, when desired) to account for dollars that, in this often drawn out process, can otherwise fall through the cracks.

## Industry-Leading Information Technology Team

Our IT Team is constantly defining its best practices in terms of security, efficiency and operation. Some examples include:

- Active Directory based Group Policies that lock down client workstations to promote a more secure environment.

- A strong backup and disaster recovery plan that includes several weeks worth of backups for each of our key servers and a complete daily off site (out of state) backup of our data in case of catastrophe.

- Strong password requirements.

- Windows Software Update Services that ensure that all computers have all necessary updates promoting a more secure environment.

- A client-focused mission that mandates flexibility, thoroughness, and timeliness in service to our clients including, the technical expertise and systems support to ensure seamless data transfer, customized reporting formats and delivery method and, if required, on site client technical support during program launch...or anytime it is needed.

## Focus On Process Efficiency

Through our process analysis, we identify technology investments that will have the greatest ROI impact on our case flow. In addition to the many examples mentioned in previous sections, this has also led us to investments such as higher speed letter generation printers, letter folding/mailing equipment increasing letter capacity, and upgraded skip tracing and address verification technologies and processes. Reducing cycle time from Incident To Recovery Effort increases recovery percentages, favorably impacts our productivity and scalability, and ultimately provides better returns to our clients.

Our Best Practices approach is driven by our vision of excellence in the field of civil recovery. We believe this is why we have earned the trust of more top 100 retailers than the next three competitors combined. While we believe we occupy a truly unique position in our industry, we are by no means content with our current position and continually strive to achieve

KELLY V PALMER RFP1
02342

excellence.

## Industry Comparison

Palmer, Reifler & Associates is ideally positioned to serve our retail clients.

| Civil Recovery Companies With In-House Attorney(s) | Palmer, Reifler & Associates | Other Law Firms* Practicing Civil Recovery |
|---|---|---|
| Limited Legal Protections (No Bar Trust Accounting) | Client Protections | Client Protections |
| Possible UPL* Issues | No UPL* Issues | No UPL* Issues |
| Minimal Resource Investment | Re-Investment in Resources | Minimal Resource Investment |
| Efficient | High Efficiency | Low Efficiency |
| | Highest Net Recovery | |

* UPL: Unlicensed Practice of Law.  For more information on UPL, please refer to Addendum C entitled, "What Every Retailer Should Know About Civil Recovery And The Law".

NOTE: While other law firms may provide similar client protections, its internal controls may not be adequate to ensure comprehensive accounting safeguards and, thereby, may not meet the requirements of section 404 of the Sarbanes Oxley legislation.

Further, we ascertain a clear difference in focus that separates us from our competitors, and that has had an inescapable impact on the ability to invest in a Best Practices approach to excellence in civil recovery.  We believe this helps to explain the disparity in recovery results and, in turn, market share among retail clients.

BUSINESS PHILOSOPHY:  Palmer, Reifler & Associates VS Competition

**Palmer, Reifler & Assoc.**                              **Competition**

KELLY V PALMER RFP1
02343

| | |
|---|---|
| Focus On Recovering | Focus On Offering |
| Highest Net Recovery | Lowest Contingency Fees |
| Dollars For Our Clients | |

We appeal to clients who are most concerned about maximizing net recovery results with the least amount of associated risk.

  o Documented procedures

## ADDENDUM B: CIVIL RECOVERY FLOW CHART

### Cycle Time Policy

  With a morning electronic transfer of cases on Monday through Thursday, letters will be sent out later that day (with the exception of national holidays). Electronic cases received later in the day Monday through Friday, will have letters going out the next business day. If we do not receive payment or any contact from the opposing party within 33 days, we commence a second letter and subsequent outbound calling campaign.

  We expect to meet cycle times of no more than one day turnaround of electronic transmission of cases and three business days for "paper" processing of cases.

### Returned Letter Procedure

  Letters that are returned by the U.S Postal Service are able to be scanned by our computer system. If a new forwarding address is provided, the case information will be electronically updated and in instances where the defendant no longer lives at that address then the case is automatically flagged to be sent to our Skip Trace department. Our Skip Trace department then uses one or more paid internet services to locate and update the case address data.

  Our case database is routinely scanned for cases that lack phone numbers. These cases are sent electronically to one of our several paid internet services providers who search their nation wide phone databases for the missing defendant's phone numbers.

### Skip Tracing Procedures

  The steps below define our skip tracing processes. Levels define the incremental action during points in the skip-tracing process(s).

### SKIP TRACING PROCESS

Level 1:  All addresses, whether a person or business, are run through QAS software for clean-up and verification. QAS software instantly identifies addresses known to be incorrect by nature and can, therefore, be routed instantly for Skip Tracing.

Level 2:  All files that are returned as a bad address or do not have a complete address are skip-traced via an online database service provider (we use several different

---

KELLY V PALMER RFP1
02344

providers) using the person's name, date of birth and social security number. If a new address is found, Level 1 is repeated. New telephone numbers are updated as well.

Level 3:    If Level 1 and 2 do not produce results, a skip-trace is done using the last known address and then it is cross referenced for possible roommate, known associates and/or relatives and, at that point, contact is made to locate the skip. If a business, then a search is done with the relevant Secretary of State for the business's registered agent and/or principals, who are then contacted.

Level 4:    If no roommate, known associate and/or relative can be located and the address indicates either an apartment or office building, the property manager is contacted to find out if the skip left a forwarding address. When permissible, a credit report for the person and/or business may be requested.

Level 5:    As a last resort, if the business or person's name is unusual, a country wide name search is run and then cross referenced for demographic similarities. Telephone contact may be made to likely individuals to disclose whether he/she is the skip (when collection is based on a debt, no debt information would be given unless the person is identified as the debtor).

Unless otherwise requested by the client, after one year, the preponderance of files that are still labeled as a bad address will be re-skip-traced starting with a Level 2 search.

   o   Ability to customize to client specifications

## Client Service Team (CST)

The Client Service Team, as described in the Best Practices section above, is charged with providing maximum flexibility in exceeding client expectations. The **Charter** process provides a needs analysis approach and ensures that all team direction and activities are client-driven. The Account Manager ensures that client reporting requirements are understood and implemented. As well, the Charter delineates client communication, field, Court Ordered Restitution, and Information Technology support, as well as client payment requirements (including twice a month wire transfers, if desired). All are customized to client needs.

## Customized Recovery Procedures

Virtually all of our clients have a specific cultural approach to civil recovery unique to that retailer. As a law firm, we are charged with representing our clients' best interests. We develop programs with our clients that are in harmony with their business philosophy. This is codified in the **Charter** through the development of recovery parameters, the customization of our letter series, specific guidelines for our Telephone Acquisition Group (TAG), and on-going client-specific TAG training. We strive to be a direct extension of our clients own efforts.

KELLY V PALMER RFP1
02345

**Organizational Structure**

Geographically, our law firm strives to be client-driven, as well. To better serve our clients, we've strategically located offices in **Dallas** and **Los Angeles**, in addition to our main facility in **Orlando**. In addition, we recently opened our new client service office in **Chicago**, to be closer to our Midwest clients. We have also placed our personnel in the offices of a major retailer in **Atlanta**, based on that client's specific needs. We are open to discussing any arrangement with Target that would support our mutual goal of achieving your civil recovery goals and objectives.

    o   Outsourced processes

By design, most of our recovery processes are performed in-house to the extent that they are a fit with our core competencies as a law firm and for purposes of privacy (i.e. attorney client privilege protections). However, we certainly seek opportunities to outsource in areas outside our core competencies and where the economies of scale favorable support our scalability. For example, our firm has entered into partnership with multiple web-based skip trace resources and with two outfits that provide us with automated messaging services. We also utilize websites and software to provide address cleansing and address verification.

    o   Subcontractor profiles and integration approach

Vendor partnerships are an integral aspect of the growth and innovation of the firm, while working for the benefit of the industry as a whole. For example, through our strategic partnership with RuMe Corporation, an industry leading case management software system provider, we currently have in the pipeline an XML technology standard for creating and forwarding case data. When fully developed, this technology would be available for all to use, providing a universal standard case data "language", dramatically enhancing industry connectivity.

In addition, we work closely with our voice messaging partners to develop optimal voice message programs that enhance opposing party contact with the right message, tone, and frequency for the most favorable impact on recoveries.

    o   Client payment processes and protocols

We have a separation of duties between the intake/recording of payments versus the deposit of the funds. All funds are deposited into Trust and then there is a further separation between Accounts Payable between the operations and Trust disbursements. There is oversight at each step of the way with a bookkeeper supervising the day-to-day recording and depositing of payments with a Director of Finance supervising the bookkeeper and a Chief of Finance Supervising the entire process.

In addition, there is a manager of accounting and four additional members of the accounting staff. Finally, the ledger balance independently verified by an outside CPA accounting firm and our bank.

Payments are made from our Trust Account monthly within eight business days following

KELLY V PALMER RFP1
02346

the end of the previous month.  Though most of our clients prefer checks at this time, we do have clients that prefer wire transfers at frequencies greater than once a month.  We are flexible to client requirements.

- Team/Training
    - o   Organizational structure and geographic representation

We are a law firm focused exclusively on civil recovery law.  The Law Offices of Palmer, Reifler & Associates, P.A. is structured as a professional corporation organized under the laws of the State of Florida.  James R. Palmer, Esquire is the founder and Senior Partner of the Firm and is a member in good standing of the Florida and Texas Bar Associations with licenses to practice law in both states.  Natt O. Reifler, Esquire is the Managing Partner of the law Firm and is a member in good standing of the Florida Bar Association with a license to practice law in Florida.

Palmer, Reifler & Associates represents national retailers for civil recovery legal services in all fifty United States, Puerto Rico, and Canada.  All correspondence utilized in the recovery process is either signed or issued at the direction of our attorneys and is provided on our Law Firm's letterhead. Our Law Firm has of counsel attorneys licensed in thirty two (32) states and the District of Columbia to insure compliance with all state and local regulations.

We currently have Palmer, Reifler offices located in the markets of Orlando, Chicago, Dallas, and Los Angeles metropolitan areas.  We also have personnel employed by the firm placed in the offices of a major retailer in Atlanta.

- o   Hiring practices & turnover/retention levels

Palmer, Reifler & Associates, P.A. is an equal opportunity employer, promoting diversity within our work environment.

The firm utilizes the following sources when adding additional staff:
- Web-based job postings (CareerBuilder, Monster and Lpjobs.com)
- Professional Staffing Services
- Internal / external referrals

Referral and/or Job Posting Hiring Practices
- Pre-screen phone interview with Palmer, Reifler and Associates P.A. Human Resource Department to discuss job criteria with potential candidates
- In-person job interview with the Firms HR department and appropriate departmental manager for a more in-depth interview/evaluation of candidates background, skill set, and overall qualifications
- Background and drug test administered
- Job offer

Staffing Service Hiring Practices
- Pre-screen phone interview with professional staffing agency to discuss job criteria with potential candidates
- In person interview with the staffing service

KELLY V PALMER RFP1
02347

- Candidate resume is then submitted to HR department at Palmer, Reifler and Associates P. A. for final review of skill set and qualifications
- In-person job interview with the Firms HR department and appropriate departmental manager for a more in-depth interview/evaluation of candidates background, skill set, and overall qualifications for the position
- Background and drug test administered
- Job offer

All Recovery Representatives are placed on a temp-to-hire status. It is not until they have successfully passed their ninety (90) day review that they become full-time Palmer, Reifler and Associates P.A. employees. This process allows the firm to continually evaluate new talent, while maintaining a low overall turnover rate (less than a 3%) of full time team members.

The Firm does everything it can to retain quality employees. Therefore the Firm offers the following incentives:
- Flexible shifts
- Positive work environment
- Competitive pay
- Health, Dental, Life, and supplemental Insurances
- Short term / Long term disability
- Quarterly contests / bonuses
- Opportunity for advancement
- Top Talent recognition

o Hiring requirements for recovery representatives

New applicants for our Telephone Acquisition Group (TAG) must have a minimum of one year collection/customer service and/or high call volume background. Ideally, we look for an optimal mix of both customer service and collections experience. Multi-lingual candidates (Spanish, French Canadian) are of special interest. In addition, we interview in search of applicants with a positive attitude toward their profession and a healthy competitive drive. A substantial percentage of our applicants come to us through referrals, both from current and former employees.

Our TAG Managers have an extensive background in civil recovery as well as excellent tenure and respect at our firm. We have three phone mangers with a combined total of 19 year of service at Palmer, Reilfer and Associates and over 32 years combined of recovery experience.

o Training processes, frequency, facilities and staff

Regardless of the candidate's experience, all new Telephone Acquisition Group members participate in an initial 40 hours of training sessions conducted by our TAG Training Managers. As a part of their orientation period with the firm, all candidates are given a packet consisting of the following information:
- Policy regarding Reporters or New Agencies
- Employee Confidentiality and Non-Discloser Agreement
- Updated US and Canadian Civil Recovery Statues
- Frequently asked questions from Opposing Parties (Op's)
- Opening Dialogue Training Module: Properly Identifying/ Confirming Other Parties Identity

KELLY V PALMER RFP1
02348

- Legal Training Module: How To Properly Explain A Civil Penalty/Claim
- Civil Recovery Guidelines
- Overview: Case Management Software
- Methods of Payment Training Module
- Case Management Training Module: Documenting Opposing Party Contact/
- Legal Training Module: Proper Procedure For Opposing Party Attorney calls

The above material is reviewed during the orientation period, followed by training on each section. Upon completing the initial training, the Training Manager then conducts a series of "Live Call" training sessions during which the training class can listen to actual opposing party calls while taking notes, followed by a Question and Answer session between calls.

Upon completion of the initial training period, TAG members begin to field calls along side a TAG manager and/or member of our Legal Staff. In addition, our legal staff is integral in the training process, directly overseeing all aspects of the firm's recovery efforts and working closely with each TAG member to ensure compliance with the law and specific client guidelines.

Training is continuous for all of our Telephone Acquisition Group (TAG). Training modules occur every two (2) weeks with TAG Managers leading the team with updates that include the following:
- Specific Client Procedural Updates/Recovery Guidelines
- Statute Updates
- Situational Analysis and Role Play
- Feedback Forum

In addition, the firm conducts regular firm-wide TPR (Team Palmer Reifler) Meetings at the Orlando offices. These meetings provide a team building environment and a forum for a variety of purposes including; discussing our results, introducing new team members, celebrating our successes and recognizing individual excellence, addressing areas of improvement, engaging in group brainstorming, presenting challenges to the team, announcing contests, and learning from guest speakers. Ultimately, the goal is to continue to foster the unique Palmer, Reifler culture which has proven a successful and rewarding business model for our clients, our employees, and our suppliers.

o   Ability to refine/customize training to meet client specifications

Client-specific training is critical to the Palmer, Reifler culture of client-driven excellence. Every member of our Telephone Acquisition Group (TAG) is regularly updated and guided on the specific recovery requirements and nuances of our clients, as communicated by the Client Service Teams and continually documented in the Team Charter. Our Client Service Teams are the administrators of our firm-wide internal intranet, with individual client sites for each client. Client contact and feedback is documented in the client notes section of the intranet, which is updated in real time and visible throughout the firm. Automatic alerts email each Client Service Team member when notes have been added. This is a powerful communication tool that promotes the distribution of vital information to the whole team and assists in our ongoing training of specific client needs.

o   Staff qualifications and leadership profiles

**James R. Palmer** has been actively involved with the Civil Recovery business almost since the inception. He successfully litigated the case *Shorts v. Palmer* that differentiated civil recovery claims from debt claims. James has researched and lectured on Unlicensed Practices of Law (UPL) as well as defenses to the Fair Debt Collection Practices Act (FDCPA). Palmer has also appeared as an expert witness before State Subcommittees investigating the civil recovery practices of non-lawyers.

KELLY V PALMER RFP1
02349

**Natt O. Reifler**, Partner and Attorney, has been working as an attorney, advocating fair civil recovery statutes, collecting civil demands and restitution claims and counseling retailers within the loss prevention industry since 1997.

Natt Reifler maintains chief oversight of our in-house civil recovery professionals, consults daily with our clients regarding civil recovery law, and is often invited to be a guest speaker at client events. Last year, Natt's efforts in promoting the retail perspective in legislating civil recovery statutes was became evident in the enactment of Delaware's first ever civil recovery statute. The new statute was passed with language proposed by Natt.

    o   Scalability

Our investments into our Recovery Call Center technologies ever-increase the productivity of our existing Recovery Specialists, increasing the capacity for more case volume at current staffing levels. This will continue to be a major emphasis at the firm. At the same time, as indicated in our hiring practices, we maintain an active hiring and training "pipeline" of talent into our Telephone Acquisition Group. This ensures that we continually evaluate and enhance our employee resources; it also enables us to increase our staff, as required, in a relatively short amount of time. In addition, we are in the process of expanding our facility in Orlando including an expanded and further enhanced Recovery Call Center. When the project is completed (within the next thirty days), we will have further space with which to increase our TAG staff, increasing our case volume capacity.

As stated in the technology section, our IT systems have been recently upgraded and provide maximum scalability for future business volumes.

    o   Quality processes and measures

Extensive internal analysis indicates that the three major factors that determine recovery success over time are; Case Quality (quality of process input), Communication Quality (quality of written and verbal opposing party contact), and Cycle Time (elapsed time between incident and completed recovery).

Therefore, a significant amount of our resources are focused on continual improvement in these key areas. We believe in driving recovery performance at its source components, which is also where we focus our monitoring efforts. These performance indicators, in turn, become the input to the improvement process.

## Opportunity Reports (Case Quality)

The Client Services Team (CST) assigned to Target would monitor the characteristics that comprise Case Quality. These include, for example, case age and percentages and types of missing data. Statistically significant variances are identified and submitted to Target, as required by Team Charter, in the form of Opportunity Reports. These reports are designed to identify potential areas of improvement in case generation at the source. Our clients have had great success in driving recovery percentages higher by affecting even modest improvement in case quality. In this way, we are able to assist our clients in their internal continuous improvement efforts.

## Proprietary Letter Programs/TAG Training (Communication Quality)

KELLY V PALMER RFP1
02350

We strive to maximize our effectiveness at every point of contact with opposing parties to enhance our recoveries. Our written communication is constantly evaluated and revised with enhancements. In partnership with our clients, we develop customized letter programs to meet specific needs. New letter programs (i.e. Last Chance, Certified Mail) have been added as we explore creative ways to enhance our message and increase recoveries. With every new or revised letter program, the effectiveness of the program is measured and utilized as input into the process. In this way, our process is geared toward continuous improvement.

We place great emphasis on the quality improvement of our personal communication, as well. Our in-house trainer engages our Telephone Acquisition Group (TAG) and legal staff in on-going training to improve skills in negotiating, conflict resolution, and collection settlement. All training includes the imprint of the firm's mission and our unique "fair, but firm" approach to interpersonal recovery. Though it is difficult to isolate and measure the effect of each training module (which are often times overlapping), the success of our efforts are apparent in our overall recovery percentage increases measured over time.

## Performance Benchmarks (Cycle Time)

Our performance benchmarks focus on process speed and efficiency, in our efforts to continually reduce cycle time, thus increasing recovery probabilities. Process benchmark targets include, for example, an abandoned call rate of 3%, and a system up time targeted at 100%. Current TAG targets include a call resolution goal of under 3 minutes or less, and a specific goal for agreements per month per TAG member. All call activity is electronically monitored and reporting is generated with detailed data on each TAG member. This internal reporting is used to manage our human resources and the data used as input into our sophisticated predictive dialing programming.

## Recovery Performance

Our standard client reporting includes on-going performance tracking. However, its exact form is developed jointly by the Client Services Team (CST) and the client (per client direction) and its format, delivery method, and schedule are incorporated into the Team Charter.

Our recent investments provide a good example of how this works. Over the past several years, key investments were made to upgrade our computer systems, phone and mail systems, skip-tracing and, predictive dialing and automated out bound calling programs. These investments were primarily aimed at improving the three major source components for success. Together, these improvements have generated in excess of 10% more per case recovery for each of our clients in the past year. Continuous improvement in recovery rates is central to our mission.

## Quarterly Review Conference

On a quarterly basis, the team Account Manager and Client Development contact will conduct a Review Conference with the client. These quarterly meetings will include at least on site visit annually. The meeting agenda will be set by the Account Manager and the Client Development contact, with input from the client. Agenda items will typically include; Organizational Updates (Financial, Operational, Personnel), Performance Review, and

KELLY V PALMER RFP1
02351

Opportunities.   Notes will be taken at the Review Conference with items marked for action. Progress   on   resulting   Action   Items   will   be   reported   at   the   next   conference.

KELLY V PALMER RFP1
02352

- Legal
  - o   Statute review process and frequency

On-going statute review is critical to our law firm's success in serving our clients with excellence. We are notified on a daily basis, sometimes multiple times a day, regarding any change to any U.S. civil recovery statute or parental liability statute or related statute through a number of sources (Westlaw's KeyCite Alert, for example). In addition, we are alerted any time a civil recovery statute or parental liability statute is cited to in an opinion. This information is reviewed by our Legal Compliance Director to determine if it can aid us in our arguments when opposing counsel or if it presents any issues that may impact our recovery approach. Our statute review process also alerts us to any proposed changes in the statutes before they happen (repealed, revised or amended). This ensures our clients remain in the most favorable positions in and by our ability to conclusively cite the controlling law.

Our Law Firm is also a member of a number of professional organizations, the networks and programs of which provide valuable information. They include: The American Collectors Association and their Internet and Check Services Program, the National Association of Retail Collection Attorneys and the Florida Collectors Association (of which, our Director of Legal Compliance is a committee member). These organizations, while not directly applicable to civil recovery, provide valuable updates as to statutes, regulatory opinions, etc. and changes thereof, which can definitely have an impact on the civil recovery industry and the tools we use in pursuit of our claims (Telephone Consumers Protection Act, for example).

Over the years, partners Jim Palmer and Natt Reifler have been instrumental in the enactment of civil recovery legislation and a viable source for consultation on statutory revisions by individual state legislatures. Last year, Delaware became the last of the fifty states to enact a civil recovery statute. The language used in the passage of the bill was proposed by Natt Reifler. Palmer, Reifler continually works for the improvement of current civil recovery statutes, as well.

Other valuable sources of legal information include the resource of our Of Counsel attorneys, representing the thirty three most populous states, and the information exchange that occurs through the relationships our partners have with many of our retail client's general counsel.

  - o   System capability to support compliance and legal updates

All imported cases from our clients pass through two databases upon inception. The first is our legal database comprised of the specific state statutes and associated elements, this along with review by our Legal staff ensures all the elements required by the statute are met and that the case is a viable one, ready for recovery action. This database is regularly reviewed and updated by our legal team to ensure accuracy. The second database filters cases by our clients' guidelines and parameters. Only cases which meet our client specific guidelines become "open," or "good" cases. Cases that do not meet the set parameters are immediately designated "dropped by client" and are not activated for recovery action.

KELLY V PALMER RFP1
02353

o  Legal team on staff

**Legal Team (on site) Partners**
James R. Palmer
Natt O. Reifler
**Associates/ Attorneys**
Betty Llantin, Esquire
Dennis Kinney, Esquire
James Welborn, Attorney/ Director of Compliance
Thomas A. Panuthos, Attorney/ Manager, Client Development
Michael Zerulik, Attorney/ Legal Administrator
Stuart Bryson, J.D.
**Paralegals**
Julie Rudd
Linda Longest
Paula Baker
**Law Clerks**
Michelle Gomez
Marisa Krepfle

**"Of Counsels" Currently in**:
AL, AZ, AR, CA, CO, CT,DC, DE, FL, GA, HI, IL, IN, KS, KY, LA, MA, MD, MI, MS, MO,
NV, NJ, NY, OH, OR, PA, TN, TX, UT, WA, WI. (PR & VERY CLOSE IN CANADA IN
FACT WE HAVE ANOTHER RESUME)
(29 ATTORNEYS IN 32 STATES)

o  History and success of legal actions

James R. Palmer, founding partner, has worked with the Federal Trade Commission and
numerous Attorneys General and state bar associations to coordinate legislative requirements
and recovery procedures.  Jim has also appeared as an expert witness before State Sub-
Committees investigating the civil recovery practices of non-lawyers (For more information
regarding this important area of the law, please also refer to **Addendum C, entitled, "What
Every Retailer Should Know About Civil Recovery And The Law")**.  In 1994, Jim
successfully argued a landmark case (Shorts v Palmer) establishing important rights and
protections for retailers and other victims of theft.

John L. SHORTS, Jr. v. James R. PALMER
Civ. A. No. C-2-93-375
United States District Court, S.D. Ohio
Eastern Division
Feb. 7, 1994

---

KELLY V PALMER RFP1
02354

In addition, partner Natt Reifler has been actively involved in the field of civil recovery law, guest speaking at industry and client events, consulting with clients to enhance their programs, and working to promote civil recovery state statutes favorable to the retail industry. Last year, Natt's participation in the legislative process proved effective once again. Delaware, the last of the fifty states to enact a civil recovery statute, finally passed one. The language used in the resulting statute was proposed by Natt.

All of our clients are concerned about Risk Management. It is prudent business to know the track record of your civil recovery provider. In over 20 years of practice, Mr. Palmer, Mr. Reifler nor the Firm has ever been successfully sued. In the past five years, there have been a total of five nuisance suits against our Firm, all of which have been dismissed. Our clients have never paid any money as a result of a claim against us. The total defense cost of the five nuisance claims was $3,057. Considering that our firm manages an ongoing average case volume in excess of two million cases, our clients are confident in our representation.

- o   Retained or outside counsel availability

## **Of Counsel Attorneys**

Our legal staff is supported by our nationwide of counsel attorney staff, strategically located in the thirty two (32) most populated states. Our of counsel staff allows us to bring a local legal presence to our opposing parties. Our research indicates that recovery percentages increase when the opposing party receives an attorney letter in the state in which they reside. In addition, our of counsels support our statute review efforts and provide other legal consultation to the firm.

- Services and fees
  - o   Describe commission basis and/or fee structures

Our law firm provides its civil recovery legal services on a contingency fee basis. Our standard major client contingency fee is 25%, with variations based on legal services provided, case volumes and program scope. As a major retailer, Target would be extended even more favorable rates, in line with our other major clients of similar stature and representation profile.

As previously described in the Best Practices section, in certain instances, the firm assesses attorney fees to opposing parties. These are only assessed in certain situations where the opposing party has repeatedly refused to settle and only where allowed by state statute. These fees, where applicable, are only paid by the opposing party, not the client.

- o   Estimated Project Costs & Terms for similar scale client

Implementation project costs will depend on the scope of representation and a number of other factors. In any case, costs are likely to include;

- ▪   Software Development Costs
- ▪   PRA Staff Travel Time/Expenses
- ▪   IT Support
- ▪   Client Service Team Consultation

---

KELLY V PALMER RFP1
02355

- ▪ Initial Legal Consultation and Support

With the exception of Target staff time, we propose that Palmer, Reifler will absorb all the implementation costs required to affect a smooth transition of our representation, regardless of representation scope.

- o  Estimated implementation requirements and timelines

Implementation requirements and timeframe will depend on a number of factors including; scope of representation, type(s) of program, case management system, and client requirements. It is our policy at the firm to guarantee a smooth initial program conversion.  Our first step would be to assign the Account Manager and the Client Service Team for Target.  The team would then perform a needs analysis and develop an implementation plan with time schedule and communication plan.  Our Client Service Teams are all trained on New Client Procedures, which includes a standard check list process to ensure that all necessary initial boiler plate set up requirements are met.  This process then becomes input for the team Charter process, which will govern the ongoing activities of the Client Service Team.

Our law firm has extensive experience in implementing civil recovery programs for other major retailers and we are confident in our ability to serve Target within projected time frames.

- o  Billing /invoicing processes and automation capabilities
  Not Applicable

- • References
  - o  Other retailers, Fortune 500 companies

The following is a partial client list (in alphabetical order), for your review and contact.  They represent a cross section of the size and type of our retail client base.  In our drive for excellence, Palmer, Reifler and Associates continues to earn the trust of the nation's retailers, representing the largest market share of Top 100 retailers in the industry.

**Ann Taylor, Inc.**
Eric Balmoja, Senior Regional Loss prevention Manager
(626) 431-2813

**Cabela's, Inc.**
William Napier, Corporate Manager of Asset Protection
(308) 254-5505

**Dillard's, Inc.**
Tammy Barnes, Claims Manager
(501) 210-9554

**GameStop, Inc.**
Sanford Siegel, Director of Loss Prevention
(817) 722-7329

**Gordmans, Inc.**

KELLY V PALMER RFP1
02356

Rich Palmer CCP, Director of Asset Protection
(402) 691-4189

**Home Depot, U.S.A., Inc.**
Ed Sanchez, Regional Loss Prevention Manager
(770) 384-4886
Justin Lyons, Asset Protection Analyst
(770) 384-3693

**J.C. Penney Company, Inc.**
Leon Burreson, Development & Administration Director, Loss Prevention
(972) 431-1061

**Kmart Holding Corporation**
Kathleen Garner, Loss Prevention Manager, Training & Communications
(248) 637-3646

**Kohl's Department Stores, Inc.**
Troy Schmechel, Internal Investigations Coordinator
(262) 703-6450

**Radio Shack Corporation**
Jerry Fischer, Director of Civil Recovery
(817) 919-6649

**Rite Aid Corporation**
Cathy Langley, Corporate Director of Loss Prevention
(717) 975-5742

**Steve and Barry's University Sportswear, Inc.**
Brian Fuller, Loss Prevention Director
(516) 829-4730, ext. 7398

**Urban Outfitters, Inc.**
Joe DiMariano, Director of Loss Prevention & Inventory Management
(215) 557-4756

**Wal-Mart Stores, Inc.**
Missi Johnson, Manager, Asset Protection Recovery
(479) 277-2225

**Walgreens Company**
Sherry Malusa, Manager Loss Prevention Systems & Support
(847) 924-4579

### G. Other Requirements

There are other requirements that Target Corporation vendors must meet. These include, but are not limited to:

1.  Business Continuity.

    (a) Provide detail on your 'contingency plans' in case of fire, natural disaster, strike, etc.

Disaster recovery is a critical aspect of our processes. As a whole, PRA establishes safeguards for data access and data protection from human and environmental threats. Our building site, systems, procedures and equipment offers security against these threats. Once a

KELLY V PALMER RFP1
02357

threat is imminent, PRA takes measures to ensure safety and security of data, processes and our people.   Moreover, duplicity of certain of our processes helps ensure continued production notwithstanding a catastrophe.   Included, for example, are the use of dual mail delivery and tactical letter and call teams to set up business methods away from our main location.

A recent success with our Disaster Recovery processes was seen with the hurricanes in latter half of 2004.  Notwithstanding a direct hit by "Charley" in Orlando in late August,   PRA was operating and servicing clients and opposing parties by 10:30am local time on Saturday, the day after the evening the storm hit.

We also have a back-up server, which can be placed online in the event that our primary system fails and our network is backed up daily, with the tapes being secured in an off-site location.

## NETWORK BACKUP METHOD AND PROCEDURES

- **Backup Method and Type:** All backups are full backups, no incremental back up methods are needed since the full backup will fit on one tape and only takes about two hours to do the whole system.

- **Media Set Groupings:** The system uses two different groups of media sets. The first group is for rotational daily backups, the second for permanent monthly and yearly backups.

- **Rotational Daily Backups:** On days other than month-end, daily backups are done using one of the daily rotation tapes. There is a daily tape reserved for every day of the month. The most recent daily backup is stored off-site nightly for disaster recovery purposes.

- **Monthly Backups:** On the month-end date the daily rotation is skipped for one day and a permanent backup tape is used. If the month-end date is also year-end, then a year-end tape is used, otherwise, a monthly tape is selected. In both cases, the oldest permanent backup is "recycled". Similarly, the oldest monthly backup is recycled and used for the current monthly backup.

- **Backup Logging:** A log is kept near the tape drive, and on it is recorded the date of each backup and which tape was used.

- **Drive Cleaning:** The tape drive head is cleaned when necessary using a cleaning tape specifically designed for it.

- **Media Storage:** One of the daily backup tapes is stored off-site at all times.

- **Media Replacement:** All of the daily rotation tapes are replaced once every two years, to greatly reduce the chance of media wear out.

- **Resistance to Media Failure:** There is virtually no chance of a great deal of data being lost, due to the number of tapes used in the system. Since incremental backups are not being used, there is a great deal of data redundancy on the backup tapes. The tapes that are heavily used are replaced regularly to avoid the chance of wear out.

KELLY V PALMER RFP1
02358

- **Rapid Restoration:** Since incremental backups are not used, a restore in the event of a problem will be much more rapid since it can be done from one tape.

- **Disaster Protection:** Since tapes are rotated off-site, there is increased protection against total loss of the building.

2. . Provide us with current certificate of insurance.
   Target Corporation requires its vendors to provide general liability insurance coverage without warranty, exclusion, or limitation (Acts of God, War, Terrorism, etc., excluded) as a condition of doing business with Target Corporation.

### ADDENDUM D: DECLARATION OF INSURANCE COVERAGES

3. Compliance with all applicable laws, rules, and regulations.

As a Law Firm, our Trust and financial policies, practices and safeguards are mandated and regulated by the Florida Bar. Central to this is the client protection requirements of Florida Bar Trust Accounting as well as Internal Revenue regulations. Internal controls are established to facilitate the accuracy of reporting to clients and safeguard of funds. These controls ensure against collusion, combination, or misuse through (a) proper supervision; (b) separation of duties; and (c) independent verification. Our staff of financial professionals includes the Chief of Finance who is a member of the Florida Society of Certified Public Accountants. Our Trust account balances are reconciled monthly by an independent CPA firm. The organization and processes established will support Target's compliance with Section 404 of Sarbanes Oxley.

KELLY V PALMER RFP1
02359

## 4.        Confidentiality Agreement

*Target Corporation has sent you a Request for Information. All information in the RFI Target Corporation considers confidential, proprietary, and/or sensitive.*

This constitutes a confidentiality agreement (the "Agreement"), dated this 6th day of July, 2006, between Target Corporation  and Palmer, Reifler & Associates, P.A. ("Vendor") under which  Target Corporation and Vendor will conduct a product and related services reverse auction (the "Undertaking").  It is understood, acknowledged and agreed by Target Corporation and Vendor (each a "Party" and together the "Parties") that the information, documents and materials which pertain to the operation, policies, procedures, and other aspects of the business of Target Corporation and Vendor, including, without limitation, information regarding pricing, analytical methods, software, and procedures, and possess certain confidential assets, including, without limitation, inventions, processes, trade secrets and intellectual properties, (the "Confidential Information") are confidential and proprietary in nature, that such Confidential Information contains information which has competitive value, that such Confidential Information constitutes valuable assets of  Target Corporation  and Vendor, respectively, that the Parties desire and require that such Confidential Information remain confidential and proprietary, and the Parties may directly share certain Confidential Information solely to facilitate the Undertaking.

To facilitate this Undertaking and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the undersigned Parties,  Target Corporation and Vendor, on behalf of their respective directors, officers, representatives, Affiliates and employees (hereinafter collectively referred to as the "Personnel") agree to maintain the confidentiality of such Confidential Information exchanged between the Parties, agree to maintain the confidentiality of the fact of this Undertaking, and agree to the following terms and conditions set forth in this Agreement:

1.      Target Corporation and Vendor will use the Confidential Information only for the purpose of the Undertaking between Vendor and Target Corporation. Target Corporation and Vendor will hold all Confidential Information in trust and confidence and will refrain from disclosing or using the Confidential Information for their own use or commercial purpose, except as permitted by this Agreement or as required under applicable law or regulation.  Notwithstanding the foregoing, Target Corporation may use Confidential Information for internal Target Corporation purposes and Vendor hereby consents to such use.

2.      This Agreement shall not require the Parties to disclose any information or to require the consummation of any transaction in connection with which the Confidential Information is disclosed; provided, however, the Parties contemplate exchanging certain information including Confidential Information to facilitate the Undertaking.

3.      The provisions of the foregoing paragraphs shall not apply to any Confidential Information which: (a) at the time disclosed or obtained is in the public domain; (b) after being disclosed or obtained becomes part of the public domain through no act, omission or fault of the receiving Party; (c) was in the other Party's possession at the time of disclosure or receipt and was not acquired, directly or indirectly, under an obligation of confidence; (d) the Party demonstrates that the Confidential Information was received by it from a third party after the time it was disclosed or obtained hereunder and was not acquired by the third party, directly or indirectly, from the Party or from the Personnel of the Party under an obligation of confidence hereunder; (e) that a Party can demonstrate was developed by or for such Party independently of the disclosure of Confidential Information by the other Party, or (f) that is required by law to be disclosed.

4.      This Agreement shall inure to the benefit of the Parties, and their successors and assigns; provided, however, neither Target Corporation nor Vendor may assign any right or delegate any duty under this Agreement without the prior written consent of the other Party.

---

KELLY V PALMER RFP1
02360

5.      The Parties acknowledge and agree that each Party is responsible for only their own fees and costs incurred pursuant to their participation in the Undertaking of this Agreement.  Moreover, Target Corporation and Vendor agree that all of the agreements, covenants, terms and conditions of this Agreement will survive the termination of the Undertaking for any reason for a period of three (3) years.

6.      For the purpose of this Agreement, Affiliate shall mean, with respect to either Party,  any entity that directly or indirectly controls or is under common control with such Party, or is under contract to be under common control with such Party, and shall include a subsidiary or parent company of such Party.

7.      This Agreement does not confer patent or license rights on the Party receiving the Confidential Information.

8.      This Agreement shall be governed by the laws of the State of Minnesota without regard to choice of law rules.  The Parties agree that the exclusive venue for all actions relating to any manner to this Agreement shall be in the courts located in Minnesota.

9.      Vendor acknowledges that the information submitted during the online reverse auction may be stored on software maintained by a third party and agrees that such storage is not a breach of this Agreement and, further, that Target Corporation is not responsible for any breaches in security or other unauthorized disclosure of such information by any third party.

IN WITNESS WHEREOF, the Parties hereto by the signature of their respective authorized representatives do hereby agree to be bound by the terms of this Agreement.

**Target Corporation**                           **Vendor Name**

_____          _____
Signature                                        Signature

_____          Kenneth Martin
Name                                             Name

_____          Director Of Client Service & Development
Title                                            Title

_____          July 6, 2006
Date                                             Date

---

KELLY V PALMER RFP1
02361