EXHIBIT

D

## DECLARATION OF JOHN H. CHRISTMAN, CPP
## IN SUPPORT OF PLAINTIFFS' MOTION FOR
## PRELIMINARY INJUNCTION

1. My name is John H. Christman, I am over the age of 18, and I base this Declaration upon my personal knowledge.

2. I was asked late last year by Plaintiffs' counsel to review the pleadings in this case and decide if I could provide any opinion on the civil demand practice of Defendant Palmer, Reifler. I have served as an expert in the retail security industry for much of my career. I am very familiar with the civil demand statutes, commercial practices relating to those statutes, and Palmer, Reifler and therefore agreed to give my expert opinion in this case.

3. I have over thirty (30) years' experience in retail security and investigations. I worked as a Special Agent for two federal investigative and intelligence agencies and the Los Angeles County Sheriff's Department. For twenty-three (23) years, I worked as Vice President and Director of Security and Loss Prevention for Macys West, Inc., where I directed a staff of over 500 security personnel in over 60 stores and facilities. Prior to working for Macys, I worked as a security executive for various regional supermarkets and drug store companies. I regularly participate in national conferences, seminars and blog discussions about loss prevention.

4. I am the co-author of *Shoplifting, Managing the Problem,* a textbook on shoplifting and security issues for retailers. I am a frequent lecturer at security conferences and seminars across the country. I was elected to the Board of Directors of the Loss Prevention Group of the National Retail Federation in 1983, twice re-elected, and served until 1994. I was named to the Security Advisory Boards of Golden Gate University and the College of Marin, where I was also an instructor of security courses.

5. I have served and been qualified as an expert security consultant by numerous federal and state courts. I have been retained as an expert in the retail security industry in venue across the country. I am familiar with all of the state civil demand statutes and even testified before the California Legislature in favor of passing its original civil demand statute. My complete resume is attached hereto.

6. In my opinion, civil demand statutes can implemented in a reasonable and effective strategy for retailers when used properly and in a professional manner. Civil demand statutes were never intended to provide monetary windfall for retailers and especially not for law firms.

7.  I was in overall charge of the civil demand practice at Macys for many years. A retailer should only send a civil demand letter after: (1) they have reviewed each file individually, (2) they have made a clear determination that a shoplifting crime had occurred, (3) they request the statutory amount (which should never be increased over time to include other charges such as lawyers' fees); and (4) a retailer's practice is to file a lawsuit if the civil demand amount was not paid. These are generally accepted in the industry as commercially reasonable practices for civil demand.

8.  I am familiar with the Palmer, Reifler law firm and its civil demand practice. I have spoken to many people inside the retail industry about Palmer, Reifler's practice prior to ever being contacted in this case. It is my opinion that Palmer, Reifler's practice violates commercially reasonable practices and the legislative purpose and intent behind the civil demand statutes. The manner in which Palmer, Reifler utilizes the civil demand statutes is not in the best interest of retailers. In fact, it may very well result in the passage of legislation that either restricts the statutes or even abrogates them. It is my expert opinion that Palmer, Reifler's current civil demand practice should be immediately stopped by this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2009

John H. Christman

2

**John H. Christman, CPP**
SecurityExpert.com

## Curriculum Vitae

| | | |
|---|---|---|
| **EMPLOYMENT HISTORY** | MACY'S WEST, Vice President & Director of Security | 22 years |
| | MAYFAIR MARKETS, Regional Security Manager | 4 years |
| | SOLARAY INDUSTRIES, President/Self employed | 6 years |
| | THRIFTY DRUG STORES, INC., Security Agent | 3 years |
| | US NAVAL INTELLIGENCE, Civilian Special Agent | 4 years |
| **EDUCATION** | MUHLENBERG COLLEGE, BA Degree | |
| | UNIVERSITY OF PENNSYLVANIA, Law School | |
| **MILITARY HISTORY** | US ARMY, Special Agent, Counter Intelligence | |
| | US NAVY, Commander, Intelligence, USNR-Retired | |
| **TEACHING HISTORY** | CANADA & MARIN COLLEGES, CA, Instructor | 9 years |
| **LITERARY CONTRIBUTIONS** | Book - *SHOPLIFTING*, Butterworth-Heinemann, Pub 1992 | |
| | Book - *SHOPLIFTING: Managing the Problem*, ASIS, Pub 2006 | |
| | *Protection Officer Magazine*, Columnist & Writer 1982 - 1988 | |
| | Articles and/or referenced in: | |

*Security*     ABC/CBS & NBC-

|  |  |  |
|---|---|---|
|  | *Security World* | *LA Times, SF Chronicle* |
|  | *LossPrevention Magazine* | Banmiller's *On The Money* |

**SPEAKING ENGAGEMENTS**

American Association of Shopping Centers
Golden Gate University
International Security Conference
National Retail Federation Seminars
American Society for Industrial Security
Various Groups including: West Marine, Sony, SF CofC, CA Ass'n of College Stores, Party City, CA Ass'n Homes & Services for the Aging

**PROFESSIONAL AFFILIATIONS**

International Association of Professional Security Consultants
American Society for Industrial Security-International (ASIS)
Board of Directors, National Retail Federation Security Group, 1982 - 1994
Association of Former Intelligence Officers
Chief Special Agent's Association of Northern California – Life Member
Forensic Consultants Association – San Diego
California Peace Officers Association – Life Member
Advisory Committee, National Association for Shoplifting Prevention
Criminal Justice/Security Advisory Boards, Golden Gate University & College of Marin – 1975 - 1988
Professional Designation, Certified Protection Professional, CPP-Lifetime