E

X

H

I

B

I

T



Natt Reifler                                                                    James Sweeney v. Federated Retail Holdings

---

**1**

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION
 3                      - - -
 4 James M. Sweeney, et al., )
                             )
 5        Plaintiffs, )
                      )
 6   vs.          ) Case Nos. 2:06-CV-10886
                  )          2:06-CV-10887
 7 Federated Retail Holdings, ) Hon. George C. Steeh
   Inc., et al.       )
 8                    )
          Defendants. )
 9
10                      - - -
11
12     Deposition of Natt Reifler, a defendant
13 herein, called by the Plaintiff for oral examination,
14 pursuant to the Federal Rules of Civil Procedure,
15 taken before Stacy Pace, RPR, CSR, CRR and Notary
16 Public, State of Florida, at the offices of Esquire
17 Deposition Services, on Friday, January 19, 2007,
18 commencing at 10:38 a.m.
19                      - - -
20
21
22
23
24
25
```

**2**

```
 1 APPEARANCES:
 2 On behalf of the Plaintiffs:
 3    Carolyn Kaye Ranke, Esq.
      Mary Brigid Sweeney, Esq.
 4    Brent Coon & Associates
      1220 West Sixth Street, Suite 303
 5    Cleveland, Ohio  44113
      (216) 575-7660
 6
 7 On behalf of Defendant Palmer Reifler:
 8    Michael Ashcraft, Jr., Esq.
      Plunkett & Cooney, P.C.
 9    38505 Woodward Avenue, Suite 2000
      Bloomfield Hills, Michigan  48304
10    (248) 594-8217
11
12 On behalf of Defendant Federated Retail
   Holdings, Inc.:
13
      John McManus, Esq.
14    McManus Law, P.L.L.C.
      999 Haynes, Suite 205
15    Birmingham, Michigan  48009
      (248) 642-5288
16
17                   - - -
18
19
20
21
22
23
24
25
```

**3**

```
 1                 I N D E X
 2 Testimony of NATT REIFLER
 3     Direct Examination by Ms. Ranke ........... 4
 4 Certificate of Oath ............................ 142
 5 Certificate of Reporter ........................ 143
 6                   - - - -
 7
 8              E X H I B I T S
 9 Deposition Exhibit No. 1 ....................... 4
       (notice of deposition)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
 1     Deposition taken before STACY PACE, RPR, CSR, CRR,
 2 and Notary Public in and for the State of Florida at
 3 Large, in the above cause.
 4                   - - - -
 5 Thereupon,
 6             NATT REIFLER,
 7 having been first duly sworn or affirmed, was examined
 8 and testified as follows:
 9             DIRECT EXAMINATION
10 BY MS. RANKE:
11   Q   Would you please state your name for the
12 record and spell your last name?
13   A   My name is Natt Reifler, R-E-I-F, as in
14 Frank, L-E-R.
15   Q   Mr. Reifler, my name is Kaye Ranke, and
16 I'm one of the attorneys that represents the
17 plaintiffs in these cases.  For the record, you have
18 been provided as a corporate witness on behalf of
19 the defendant, Palmer, Reifler & Associates.  Are
20 you aware of that?
21   A   Yes.
22       MS. RANKE:  I'll mark that.
23       (Deposition Exhibit No. 1 marked for
24 identification.)
25
```

Natt Reifler                                              James Sweeney v. Federated Retail Holdings

**25**

1 the distinguishing factor there in terms of your
2 work?
3      A    Theft law is determined by individual
4 state law, and it can vary and does vary by state.
5 So some states' statutes will make provisions
6 whereby an employee of a store that takes
7 merchandise with the intent to deprive them of the
8 benefit, use or full retail value, could be liable
9 in the exact same manner as an individual who is not
10 an employee of the store but comes in from off the
11 street and shoplifts merchandise.
12         At the same -- at the same token, there
13 are situations where an employee would be treated
14 differently if they take merchandise from a
15 retailer.  And then another distinction would be an
16 employee taking cash from the till or from the
17 register, and some state statutes makes specific
18 provision for an allowance for penalty when there is
19 cash and others do not.
20      Q    Generally under civil recovery, it's
21 related to merchandise, however, is it not?
22      A    Generally, I would say yes.
23      Q    And then you indicated you do some more
24 general collection work, but it's on behalf of your
25 retail clients?

**26**

1      A    Yes.
2      Q    In other words, you don't assume or buy
3 debts from other entities and go out and collect
4 them the way other true collection firms operate?
5      A    99 percent of our firm's business and
6 collections -- collection efforts would be retail
7 theft claims.
8      Q    Okay.  Now, I've been on your website at
9 some point in time since undertaking this case, and
10 I note that you also have a number of casinos as
11 clients?
12      A    I'm not aware that we currently have any
13 casinos as clients.
14      Q    At some point in time, did you have
15 casinos as clients?
16      A    I believe that is a market that we are
17 interested in considering for prospective clients.
18      Q    Okay.  And how would -- under the idea
19 that we've just been discussing about civil
20 recovery, how would work for a casino fall into that
21 category?
22      A    Casinos have employees.  If employees
23 steal from casinos, our firm might be considered by
24 the casino to send letters requesting repayment of
25 the property and/or cash that may have been taken

**27**

1 from the casino.
2      Q    Okay.  So that -- I mean, obviously, a
3 casino would probably fall more into the category of
4 cash as opposed to merchandise?
5      A    It could.  Some casinos have retail
6 entities that are owned by the casino, and some have
7 retail entities that are not owned by the casino.
8 So it would -- there could be situations where --
9 when you said -- you said civil recovery, and there
10 may not be very many times when civil recovery in
11 terms of a statutory penalty associated with a theft
12 of merchandise would apply in a typical casino
13 environment.  But our firm will also pursue
14 individual employees of entities for restitution --
15      Q    Separate --
16      A    -- completely separate from civil recovery
17 damage demand letters.
18      Q    And that's what you're doing currently in
19 terms of recovering restitution from employees, even
20 though it might not fall within the individual
21 state's civil recovery statute?
22      A    For some -- for some retailers we will
23 be -- we are hired to only ask for restitution for
24 employee cases, that is correct.
25      Q    Can you tell me currently -- and again,

**28**

1 I'm not asking for a specific number -- but how many
2 clients you have?
3      A    I know that we have over 50 retail
4 clients.
5      Q    And can you give me the breakdown of how
6 many of your clients are retail stores versus some
7 other type of entity?
8      A    The vast majority of our clients are
9 retail -- retail stores.
10      Q    Okay.
11      A    What we would know as retail stores.
12      Q    Similar to Lord and Taylor?
13      A    Many would be similar to that entity.
14      Q    Okay.  What was the gross income of your
15 firm last year, roughly?
16      A    I'm not sure what our gross income would
17 be.
18      Q    Can you give me an idea?
19      A    Could you define what you mean by gross
20 income?
21      Q    Well, how about if we break it down this
22 way:  Can you tell me -- in terms of gross receipts
23 from collection efforts, can you tell me your
24 hours -- how much they collected in the last year?
25      A    Is this within the state of Michigan?

**Natt Reifler**                                                      **James Sweeney v. Federated Retail Holdings**

---

33

1 services that your firm utilizes are through "of
2 counsel"?
3    A    We have more "of counsel" attorneys than
4 we have employed attorneys in our -- or we have more
5 "of counsel" attorneys that we associate with than
6 attorneys that we employ.
7    Q    Do you provide a percentage with your "of
8 counsel" employees based upon the collection efforts
9 in those individual states as part of the
10 arrangement?
11    A    No.
12    Q    So it's solely the -- either the hourly
13 rate that is negotiated and agreed upon or the basic
14 monthly retainer for their services?
15    A    Correct.
16    Q    Can you give me some idea, what is an
17 average monthly -- and I know it will differ in
18 every state -- but an idea of what the monthly
19 retainer is for an "of counsel"?
20    A    A few hundred dollars a month.
21    Q    Can you give me an idea of what percentage
22 of your firm's work is involved in actual
23 litigation?
24    A    A very small percentage of our work.
25    Q    Can you tell me on average how many

---

35

1    A    Honestly, I don't remember in 2005.
2    Q    Is five an estimate that you feel
3 comfortable with giving me as an average on an
4 annual basis?
5    A    There have been some years where we
6 haven't filed any lawsuits.
7    Q    Okay.
8    A    So it's hard -- it is hard to make an
9 estimate like that.
10    Q    Okay.  Can you tell me in the -- in the
11 roughly five you are indicating from the year 2006,
12 can you give me a breakdown of what types of cases
13 those five trials resulted from?
14    A    Your question earlier was that a trial
15 meant or was equal to an outcome of a lawsuit.  So I
16 want to make it clear that I didn't say that we were
17 involved in a trial as in a trial with a jury
18 necessarily or even with -- a hearing with a judge,
19 because sometimes a lawsuit can be filed and there
20 could be a default judgment and then there can be an
21 outcome.
22    Q    Okay.  Well, I'm assuming that if you
23 filed ten lawsuits, all right, let's say, on
24 average, that there was some type of result or
25 outcome to all ten of those lawsuits, whether they

---

34

1 lawsuits are filed on an annual basis by your firm?
2    A    I'd say under ten.
3    Q    A year?
4    A    Yes.
5    Q    And can you tell me if in -- I mean, this
6 is obviously just -- this is no bearing on anything
7 specifically, but did you have -- did your firm have
8 any trials in the year 2006?
9        MR. ASHCRAFT:  Rough times, or do you mean
10    trials --
11        THE WITNESS:  Trials and tribulations.
12        MS. RANKE:  I was like, what?  Sorry, I'm
13    not quick on the uptake today.  I'm a little
14    tired.
15 BY MS. RANKE:
16    Q    Trials as meaning the outcome of a
17 lawsuit.
18    A    Trials meaning the outcome of a lawsuit,
19 yes.
20    Q    In the year 2006?
21    A    Yes.
22    Q    All right.  How many?
23    A    I would say under five.
24    Q    All right.  How about in the year 2005,
25 can you give me an idea?

---

36

1 be dismissed, default or some type of resolution.
2 So when you indicated five, I did mean -- I did
3 understand you to mean like an actual trial as in
4 the end result of a lawsuit.
5        Did your firm have any trials in the sense
6 of a hearing, a contested hearing before a judge or
7 jury in 2006, to your knowledge?
8    A    I'm not aware.  I'm -- I don't know.
9    Q    And of the five, then, circumstances that
10 you estimated when I asked you the question about a
11 trial, what would those five circumstances relate
12 to, in your mind?
13    A    Okay.  I --
14    Q    Default, default judgments?
15    A    I'm listening and I understand your
16 question.  But my understanding -- I think I
17 responded that it was -- it was less than five, not
18 that it was --
19    Q    Okay.
20    A    -- five.  But there have been some clients
21 that have asked us to filed suit, and it's my
22 understanding that we have file suit and that there
23 have been outcomes such as default judgments against
24 individuals that failed to respond to the pleadings
25 that we filed and served upon them.

---

Natt Reifler                                    James Sweeney v. Federated Retail Holdings

49

1 to the civil recovery field?
2    A    Yes.
3    Q    All right.  What type of analysis does
4 your firm do prior to engaging in working in a new
5 state -- or in any state, rather?
6    A    We keep abreast of the current state of
7 law by reading the individual statutes, researching
8 whether or not there has been any case law president
9 or case law interpreting the statutes, and often
10 will consult with the potential -- or "of
11 counsel" attorney, or other attorneys in that state,
12 to determine whether there are any other
13 requirements that we are not aware of.
14    Q    Do you belong to any services, like
15 Westlaw or anything that report -- such as Westlaw,
16 as an example --
17    A    Yes.
18    Q    -- that belong or report on cases
19 involving civil recovery?
20    A    Yes, we do.
21    Q    And what are those services that you
22 utilize?
23    A    We currently use Westlaw, which is an
24 online database and legislative research service.
25 In the past we've used LexisNexis and sometimes

50

1 we -- we may still use LexisNexis.  And we may have
2 used some third-party research entities at some
3 point.
4    Q    Is there a -- a special grouping of --
5 under Westlaw that you can identify, like as a niche
6 civil recovery?  Is there -- do they break it down
7 in that way?
8    A    I'm not aware that Westlaw lists civil
9 recovery as a niche.  However, they do have a
10 legislative alert -- advanced legislative alert
11 service that we subscribe to, that allows our firm
12 to enter individual state statutes or statutes of
13 interest into "to be alerted" as to any potential
14 changes in the status of the law.
15    Q    So you just plug in the statute number,
16 and then any legislative changes or cases that are
17 reported with regard to that statute, you get an
18 alert from?
19    A    Correct.
20    Q    When you're picking your outside
21 counsel -- or "of counsel" -- are there particular
22 qualifications that you look for in those attorneys,
23 like practice in these areas, or just someone that
24 you can work out some kind of arrangement with?
25    A    Well, typically we would want to make sure

51

1 that an individual, one, had an interest in this
2 area of law, was a licensed -- actively licensed
3 attorney to practice in the individual area, did not
4 have any other -- or any conflicts of interest in
5 terms of their field or practice; and we would spend
6 time interviewing them on the phone to make sure
7 that we felt that they would understand and be able
8 to represent our clients' interests well.
9    Q    Obviously, I canceled myself out from this
10 arrangement because I now have a conflict, but are
11 the majority of your "of counsel" people solo
12 practitioners, firms?  Is there any -- can you
13 generalize that for me?
14    A    Well, the majority are not firms, so I
15 would say that more often than not they would be
16 solo practitioners, and that helps decrease the
17 likelihood or they're -- or they would be working in
18 a smaller firm setting, because that is more likely
19 to decrease the likelihood of a conflict of interest
20 or to interfere with their current commitments at
21 another firm.  Many large firms will prohibit an
22 individual from doing outside work other than their
23 traditional field.
24    Q    Are there a lot of cases that -- since
25 you've been doing this, that have been -- reported

52

1 cases that have been -- that have occurred with
2 regard to challenging civil recovery efforts?
3    A    I would not say there are a lot, no.
4    Q    Are you aware -- for example, are you
5 aware of any cases that have challenged the civil
6 recovery statute in the state of Michigan?
7    A    Oh, in the state of Michigan?  No, I'm
8 not, other than -- unless you have done so in this
9 complaint, but I'm not aware that you have.
10    Q    We don't have -- we don't have a reported
11 decision yet, so no; we just have a case.
12        MR. ASHCRAFT:  Well, that -- okay.
13        THE WITNESS:  I am not aware of --
14        MR. ASHCRAFT:  The question was, that
15 "challenged" it.  So I think Mr. Reifler was
16 thinking someone who was taking --
17        MS. RANKE:  Oh, okay, I understand what
18 you're saying.
19        MR. ASHCRAFT:  -- the mission to task, not
20 necessarily reported cases.
21        MS. RANKE:  All right.
22        MR. ASHCRAFT:  I just didn't want you
23 thinking he was being flip.  He --
24        MS. RANKE:  No, no.  Yeah, I understood
25 that.

Natt Reifler                                James Sweeney v. Federated Retail Holdings

|  | 53 |
|---|---|

1 BY MS. RANKE:
2    Q    In this particular case there is -- there
3 was an individual by the name of David O'Brien that
4 signed the letters.  Are you aware of that?
5    A    I'm aware that he was their "of
6 counsel" attorney in the state of Michigan in the
7 past, yes.
8    Q    Can you tell me who entered into the
9 relationship with David O'Brien?
10    A    It would have either been me or James
11 Welborn from our office.
12    Q    And James Welborn is one of the people you
13 identified earlier who went to law school but is not
14 an attorney because of the weird circumstances?
15    A    Correct.  He has a J.D. and he graduated
16 from law school and he's a -- he's an individual at
17 our office that serves in a capacity whereby he is a
18 manager.
19    Q    Okay.  Are there people within your firm
20 whose job it is to work with the outside "of
21 counsel" and supervise them or their work?
22    A    Yes, that would be part of -- part of
23 the -- one of the functions that James Welborn does
24 in our firm.  It's also one of the functions that I
25 do at our firm.

|  | 54 |
|---|---|

1    Q    What -- what level of supervision --
2 describe for me what level of supervision is
3 typically occurring between your firm and your "of
4 counsel".
5    A    Do you mean supervision by the "of
6 counsel" attorneys of our firm or our firm of them?
7    Q    Your firm of them.
8    A    Okay.  Well, I will say this, that our
9 firm sends the demand letters from our Orlando,
10 Florida office, with the approval of our "of
11 counsel" attorneys.
12    Q    How is that approval process generally
13 conducted?
14    A    At the time that we initially -- or
15 initiate our communications with the "of
16 counsel" attorneys and enter into a relationship, we
17 prepare and show them a proposed demand letter and
18 series of demand letters that we would like to send
19 on behalf of retail clients, specifically in the
20 civil recovery and employee restitution arena, and
21 have them review those.
22        And if they do any type of criminal
23 defense or any type of work where there's potential
24 conflict, they often will request that we would send
25 a listing of the opposing parties' names prior to

|  | 55 |
|---|---|

1 the sending of the demand letters.  And at that
2 point the -- as long as there's no conflict, then we
3 would send demand letters under their signature from
4 the state of Florida.
5    Q    Other than the initial showing of the
6 letter and potentially the list of names, do you
7 routinely provide your "of counsel" with copies of
8 the letters that are being sent?
9    A    It would depend on the individual "of
10 counsel" attorney.
11    Q    Some people require that you provide them
12 with copies?
13    A    Some people may request that they -- that
14 a letter or the information contained in the letter
15 would be transmitted to them.
16    Q    Do you routinely provide your "of counsel"
17 with updates on how many letters that are being sent
18 under their name either in a week or month's time?
19    A    No.
20    Q    Can you give me an idea of what type of
21 communication is typical between your firm and an
22 "of counsel" on either a week or monthly basis?
23    A    Some "of counsel" attorneys are more
24 actively involved than others and request more
25 information or -- and/or happen to be involved in

|  | 56 |
|---|---|

1 more follow-up on individual files.
2        Some are more interested in -- if we
3 receive an attorney phone call and the person
4 specifically requests or demands to speak with that
5 "of counsel" attorney, I would typically E-mail the
6 individual "of counsel" attorney or get on the phone
7 and speak with them, and ask them to follow up with
8 the individual if I was not able to work out
9 something with the opposing attorney.
10        The -- so it can vary.  And you know, we
11 have some where we communicate every week or once
12 every two weeks or -- and some where we may not hear
13 from them as much.
14    Q    So generally the -- the majority of the
15 work and communication between the subjects of the
16 letters, let's say, just for general purposes, and
17 attorneys or your firm is conducted from the Florida
18 office?
19    A    That is right.
20    Q    Do you recall specifically who hired David
21 O'Brien, hired or negotiated some type of
22 arrangement?
23    A    Right.  It would have either been myself
24 or James Welborn with me supervising.  I often would
25 be involved in -- he may be involved in reviewing

Natt Reifler                                  James Sweeney v. Federated Retail Holdings

77

1 anyone in our office, I would try to provide some
2 sort of legal support to. And I also, of course,
3 will look at compliance issues regarding a variety
4 of matters or areas that our firm may look into for
5 representing clients.
6     Q    You -- you indicated you have the three
7 other offices -- Texas, California and Illinois --
8 that you called client service. What do you
9 consider client services that are conducted at those
10 other offices?
11    A    Phone call follow-up, report generation,
12 areas whereby we try to exceed our clients'
13 expectations to help evaluate a variety of
14 performance factors, with respect to theft claims
15 most specifically.
16    Q    Would you estimate that a large part of
17 your business is derived total from Texas,
18 California and Illinois areas, other than Florida
19 obviously, which you indicated is your largest
20 but...
21    A    Well, Florida is our office main business
22 hub. It's hard to say whether -- how much of our
23 business is generated from those individual states.
24 I think that initial contacts are most often made
25 from our office in Orlando where our client

78

1 development is located.
2       So Jeffrey Welch, as the director of
3 client development, would kind of -- would be in
4 charge of overseeing new business. And then once we
5 obtain that business, we will often assign someone
6 to help field phone calls or do additional follow-up
7 separate from day-to-day individual case management.
8     Q    With regard to your activities within the
9 state of Michigan for any of your clients --
10 Wal-Mart, Kmart, Walgreens, the ones you've talked
11 about in addition to Lord and Taylor -- do you have
12 a particular person within your firm whose
13 responsibility is for compliance or those kind of
14 client services issues with regard to your Michigan
15 activities?
16    A    James Welborn and I would share the
17 responsibility.
18    Q    And what is Mr. Welborn's title, again?
19    A    He is the director of compliance, and I'm
20 not sure if there's something additional to his
21 title.
22    Q    Okay.
23    A    He used to be a senior projects manager,
24 and I think a relatively new title includes the
25 director of compliance.

79

1     Q    Now, a great deal of your work is
2 generated through the letters, as you've indicated.
3 Walk me through the process of how you determine the
4 contents of a letter.
5     A    In the state of Michigan or in --
6     Q    Tell me generally first, if you will.
7     A    Generally, okay. One, we, you know,
8 verify whether or not there is a statutory -- or if
9 there is a statute that applies to the specific
10 incident for which the retailer has asked us to send
11 a letter.
12         And then we -- depending on, one, the
13 retail client and the particular practice, we can do
14 one of several things. Sometimes we will receive a
15 file, review it to make sure that it meets not only
16 state law but the individual corporate criteria,
17 then we will somehow enter that information into our
18 computer system so that a letter could be generated
19 before it would be mailed.
20    Q    Do your clients say to you, I want you to
21 follow this procedure in doing the collection?
22    A    Some clients are more specific with their
23 requests for procedures to follow, and we -- we
24 would listen to what a client wants but always
25 tailor that with respect to the individual state and

80

1 laws of that state.
2     Q    What is your typical practice in terms of
3 the sequence of your efforts?
4         MR. ASHCRAFT: I'm sorry, what was the
5 last part of that?
6         MS. RANKE: The sequence of your efforts.
7         MR. ASHCRAFT: Thank you.
8         THE WITNESS: Once we receive a case and a
9 review has been performed -- a review could be
10 performed prior to the receipt -- and it's
11 entered into our system, a letter would be
12 mailed. Typically we give the opposing party a
13 period of time to respond to the initial
14 correspondence. After --
15 BY MS. RANKE:
16    Q    What is that time generally?
17    A    That timeframe typically ranges between 20
18 and 30 days. This is -- we're just going to narrow
19 this to alleged shoplifting attempts, let's just say
20 things that someone could be alleged to have -- if
21 they were in Michigan, could be engaged -- alleged
22 to be engaged in retail fraud of the third degree,
23 as an example. If that was the case, a letter would
24 be generated and the request would be sent.
25         Some state statutes recommend the actual

**Natt Reifler**                                         **James Sweeney v. Federated Retail Holdings**

---

105

1 you're generally asked to perform?
2    A    Because you're -- you're limiting it from
3 2004 to 2006; and during that period of time,
4 there's probably been a changeover in terms of what
5 our scope of services for them would be.  So at one
6 point we were doing follow-up letters for them
7 solely, at which point they would have already sent
8 an initial demand letter, or two or three.
9         So we would not have been doing any kind
10 of initial reviews for those types of files.  And --
11 and my understanding is that they have a review
12 process internally prior to sending them to us and
13 that they've asked us to send -- when they send a
14 file, it has been reviewed and they've decided they
15 would like us to send a demand letter.
16    Q    How about Kmart?
17    A    Kmart, I believe, is similar.
18    Q    All right.  How about Walgreens?
19    A    Walgreens, I am not sure of because
20 they're more of a newer client for us, and I would
21 have to review information.
22    Q    Okay.  How about Lord and Taylor, what
23 kind of arrangement do you have with Lord and
24 Taylor?
25    A    It is my understanding that they -- they

---

106

1 have done an initial review and that they have
2 forwarded files to us -- if they were new files,
3 they would -- actually, if they were new or
4 follow-up files, they would ask us to send the
5 demand letters on them.
6         I will add that there have been times when
7 we may have not understood or seen whether or not a
8 police report has been filed, and we have made a
9 request to see whether or not it has been to get
10 clarification prior to sending the letter.
11       MS. RANKE:  Okay.  This might be a good
12    time to break before we go into that area.
13       (Brief recess.)
14 BY MS. RANKE:
15    Q    I want to talk to you a lot more about the
16 responsibilities that we've just been discussing;
17 however, that's another area and we're going to
18 narrow our time.
19       For purposes of understanding how
20 discovery can be completed in this case, I'd like
21 for you to describe for me the mechanics of how the
22 communications work in terms of transporting the
23 files.
24    A    Okay.  It's my understanding that we
25 receive the files electronically.  And you're

---

107

1 talking about Lord and Taylor in this case?
2    Q    Yeah, specifically.
3    A    Yes, my understanding is that we receive
4 the files through an electronic means, whether it be
5 an Excel spreadsheet or a file transfer through like
6 an internet FTP site.
7    Q    Okay.  So in other words, like a posting
8 of files on an FTP site, and you go and download
9 them down into your system?
10    A    Right.  Because I think that they may --
11 from Lord and Taylor, they may either currently or
12 have in the past come through either or both of
13 those methods.
14    Q    Okay.  What type of computer system does
15 your firm utilize?
16    A    Our computer system?  We have -- well, we
17 have a proprietary software system that's Microsoft
18 based.
19    Q    Okay.
20    A    And we have, you know, several -- we have
21 programmers that have developed the -- the program
22 for it.  And that's what it is.
23    Q    Okay.  Do you use Word or WordPerfect or
24 Excel in terms of your -- in addition to your
25 proprietary operating system?

---

108

1    A    I mean, just in the day-to-day function of
2 our law firm?
3    Q    Yes.
4    A    Certainly.  I mean, I write letters in
5 Word quite often.  I also sometimes create
6 spreadsheets or have people in our office that also
7 create spreadsheets internally.  Sometimes we'll use
8 them and -- and use those.  We also have like other
9 report writers that will help us configure data for
10 clients and ourselves.
11    Q    How -- how do you track cases?
12    A    In what sense?  I'm just --
13    Q    Well, in terms of, do you have a system
14 that automatically sends you a follow-up like -- by
15 individual file, like the first letter was sent on
16 this day and you get an alert or someone gets an
17 alert to say it's now the 32nd day?
18    A    No.  I mean, the system -- well, there
19 could be individual files where somebody might on
20 their own individual, let's say, Outlook program do
21 a calendar follow-up --
22    Q    Right.
23    A    -- hey, call back to somebody.  But on an
24 individual civil recovery file to which there was no
25 response to an initial letter, our system has

---

Natt Reifler                                           James Sweeney v. Federated Retail Holdings

---

**109**

1 timeframes that we can adjust, but they are
2 essentially built in, meaning at our request, we put
3 timeframes in for which there would be secondary
4 action, such as a follow-up letter.
5     Q    Is there a way to produce copies of the
6 communications between your firm and a client?
7     A    And a client?
8         MR. ASHCRAFT:  Let me make sure that I
9 understand.  Are you talking about now in terms
10 of what you have been asking about in terms of
11 the file --
12        MS. RANKE:  Yes.
13        MR. ASHCRAFT:  -- exchange?
14        Do you understand that?
15        THE WITNESS:  I do.  I'm not sure, one, of
16 the answer and I don't know -- if a client sent
17 us a file 85 days ago and that -- and it was an
18 electronic transfer, for example, I don't know
19 that we could reduplicate that transfer, if
20 that's what you mean.
21        Like if you say communications between me
22 and a client, if I sent a Word document to a
23 client about something, even though I would
24 probably ask that the attorney-client privilege
25 would be asserted for that, I could probably go

---

**110**

1     back into my Word document and pull up based on
2     how I saved it or go into maybe a hard copy
3     file and make a photocopy of it.
4 BY MS. RANKE:
5     Q    Well, one of the things obviously that
6 we've asked for in terms of -- is copies of all the
7 letters that you sent to Lord -- to people on behalf
8 of Lord and Taylor for a time period.
9     A    Okay.  See, and that's -- and those are
10 letters, you're saying, to opposing parties as
11 opposed to letters to our client.  That's why I
12 was --
13    Q    Well, I -- I think we've asked for copies
14 of communications with clients, too, and forgetting
15 about the privilege issue, just the mechanics.  I'm
16 just talking about the mechanics right now.  And
17 some of your answers have been, you know, it's an
18 electronic system and we can't produce it.  So my
19 question is, do you -- how would you be able to give
20 us copies of every single letter that you sent out
21 in the state of Michigan for a 12-month period?
22        MR. ASHCRAFT:  Every single letter to a --
23        MS. RANKE:  I'm talking about to the
24 public at large.
25        MS. SWEENEY:  Civil party.

---

**111**

1         THE WITNESS:  Opposing party.
2         MR. ASHCRAFT:  Civil demand letter.
3         MS. RANKE:  Opposing party, yes.
4         THE WITNESS:  Opposing party on behalf of
5 a client?
6 BY MS. RANKE:
7     Q    Yes.
8     A    We do not have like a document storage
9 system.  You know, that's something, I mean, I
10 ideally -- but we do not have that in our computer
11 system.  So if we receive data for which we sent
12 letters and we prepared letters, we don't have those
13 physically filed and we actually don't even have
14 them electronically attached to the files, but we
15 could physically on -- and my understanding from IT,
16 on an individual basis, you could go in and kind of
17 regenerate or re-create a copy of what has already
18 been sent.
19    Q    Okay.  Just so we're understanding each
20 other -- and I am, like, not savvy in this area, let
21 me just underline that.  But in other words, you
22 have like form -- they're form letters and you plug
23 in the name, so you don't actually store a copy of
24 what was actually generated.  But you could have, by
25 virtue of some way of tracking who may have gotten

---

**112**

1 or who ongoing people are, generated what may have
2 been sent out?
3     A    Yeah, more or less.  I mean, the
4 information -- we have information stored that would
5 indicate when somebody received a letter, and we
6 would know what the letter stated.
7     Q    Are you able to provide or reproduce
8 copies of what information you have about a
9 particular case that generated the civil recovery
10 efforts?
11    A    I believe that information could be
12 queried up from our system.
13    Q    Do you have a records retention policy at
14 your firm?
15    A    We do.  My understanding is that the --
16 well, at least I believe that we responded to a
17 request regarding records retention, and my
18 understanding of what that question was, was
19 regarding client files.  Typically when we receive
20 hard copy client files, we have a policy of
21 maintaining the hard copy files in storage for up to
22 five years unless a client has asked us to do
23 otherwise, like destroy it because sometimes they
24 may keep the original.
25        I don't know -- I mean, in terms of

---

Natt Reifler                                                James Sweeney v. Federated Retail Holdings

**125**

1 parameters of the state statutes.
2    Q    The majority of letters, you've indicated,
3 are generated out of the state of Florida, your
4 Orlando office, correct?
5    A    Right.
6    Q    All right.  Assuming that you get just
7 case reports in this electronic format from clients
8 that you've described, does part of that process,
9 when the client sends it to you, does part of that it is
10 in some kind of -- what you just described as an
11 additional penalty, the type where it's just a flat
12 "the statute sets forth," who physically takes that
13 report and determines what is the amount to put in
14 the letter?  From the client or from somebody in
15 your office?
16    A    Well, it could be a combination because
17 there might be parameters that are set up -- if
18 we're receiving cases electronically and we've
19 discussed it and agreed upon it with the client,
20 that might actually be literally calculated in
21 through our computer system if it's a multiple --
22 like if it was a multiple of ten times the retail
23 value, minimum 50, maximum 200, then if the dollar
24 item is $8, the computer would calculate 8 times 10
25 is 80, so that's more than 50, therefore 80 would be

**126**

1 the initial demand.
2    Q    And that's part of your proprietary system
3 that does this mathematical process?
4    A    That would be for cases -- yes, that would
5 be if it's electronically imported that way.
6        MS. SWEENEY:  What time is it?
7        MR. MCMANUS:  Fifteen --
8        MR. ASHCRAFT:  3:21.
9        THE WITNESS:  3:20.
10       MS. SWEENEY:  Can we take a break?
11       MS. RANKE:  Yeah, just -- I want to see if
12    there's just one or two questions I want to ask
13    before we break, because obviously it's time.
14       (Brief recess.)
15 BY MS. RANKE:
16    Q    In connection with this case, Mr. Reifler,
17 can you tell me whether or not your firm generated
18 letters to the parents of Brigid Sweeney?
19    A    I can.  I believe that we did.
20    Q    All right.  And can you tell me what --
21    A    Although I believe it was one letter to
22 Brigid Sweeney, the parents of Brigid Sweeney.
23    Q    Can you tell me what was the amount of
24 money that was requested in that letter to the
25 parents of Brigid Sweeney?

**127**

1    A    If memory serves me, I believe it was $200
2 for that letter.
3    Q    And can you tell me in that case,
4 specific, who it was who determined the amount of
5 money to be reflected in that letter, Lord and
6 Taylor, Palmer, Reifler?
7    A    I think the state statute was -- the
8 overriding cap in that particular initial demand
9 because there's -- in other words -- okay, so I'm
10 not --
11       MR. ASHCRAFT:  Well --
12       THE WITNESS:  I'm not sure who between the
13    two of us --
14       MR. ASHCRAFT:  This is getting into
15    that -- that attorney-client privilege area,
16    so...
17       MS. RANKE:  I don't believe it is but --
18       MR. ASHCRAFT:  I know you don't, but I'm
19    fulfilling my duty by making sure that I raise
20    it as an issue, so...
21       THE WITNESS:  If someone came to me to ask
22    me if -- if an individual was accused or
23    alleged to have intended to take sunglasses
24    valued at approximately $50 in the state of
25    Michigan, and they forwarded that to me, I

**128**

1    would say that I believe that they could send a
2    letter asking for $200.
3 BY MS. RANKE:
4    Q    All right.  And I --
5       MR. ASHCRAFT:  His answer is not done.
6       MS. RANKE:  All right.  Sorry.
7       THE WITNESS:  Yeah.  And that is in the
8    sense just with respect to the demand amount,
9    the initial demand.
10 BY MS. RANKE:
11    Q    And there will be a whole number of
12 questions with regard to the specifics and how they
13 increase and what the sequence and what advice has
14 been given.  However, my question is, again, merely
15 the mechanics --
16    A    Right.
17    Q    -- trying to understand, in this case.
18 You receive -- I understand from Lord and Taylor's
19 testimony of Molly Brown that they electronically
20 E-mail you a report that isn't actually a narrative,
21 that's just kind of a summary of what happened, all
22 right, and it has the loss prevention information,
23 including the item and its value.
24       From a mechanics standpoint, once you
25 receive that information, how does that equate or

Natt Reifler - Vol. II                              James Sweeney v. Federated Retail Holdings, Inc.

| | |
|---|---|
| 164 | 166 |

1   reasonable and correct amount that they
2   should.
3   Q. Correct. Is it your testimony
4   that the only time a civil recovery
5   adjustment would be made is if the
6   client asked you to?
7   A. No. Actually, I'm not sure.
8   There might be other reasons that the
9   IT department may have put that field
10  in there for other instances. For
11  example, if the initial demand amount
12  requested would not perform through a
13  calculation, like a mathematical
14  calculation by our firm but rather from
15  a client that there might be an
16  adjustment made from our side, from our
17  law firm, to reduce the amount down to
18  an amount that we felt was either
19  appropriate or per agreement.
20  Q. Why don't — you agree that
21  we're not going to go over all the
22  items that we went through in your
23  original deposition. Why don't you
24  walk me through the process that your
25  firm utilizes to determine what is the

1   Perez is the initial person from our
2   data entry department that reviews the
3   spreadsheet and/or electronic
4   information sent from Lord and Taylor.
5   And at that point we prepare demand
6   letters based on that information.
7   Q. All right. So it's your
8   testimony that you receive the
9   electronic file from Lord and Taylor
10  which contains some abbreviated form of
11  the incident report. That's the first
12  contact; correct?
13  A. Correct.
14  Q. And based upon that information,
15  Lord and Taylor tells you in that
16  document what they want you to request
17  in a civil recovery sense?
18  A. Yes, that's my understanding.
19  Q. Okay. So in other words, Liz
20  Perez gets a file, an electronic file,
21  that says here's the incident report
22  from this day, and send out — I'm
23  instructing you to send out a civil
24  recovery letter in the amount of $200,
25  or whatever the appropriate amount is?

| | |
|---|---|
| 165 | 167 |

1   appropriate amount to send out in the
2   initial letter and what information you
3   utilized to make that determination?
4   A. Okay. Is this narrowed to the
5   State of Michigan?
6   Q. Yes. Just in the State of
7   Michigan.
8   A. Okay. First, it is dependent on
9   —
10  ATTORNEY ASHCRAFT:
11  Hold on for one second.
12  Narrowed to Lord and Taylor in
13  the State of Michigan?
14  BY ATTORNEY RANKE:
15  Q. For this purpose right now,
16  narrow it to Lord and Taylor.
17  A. Okay. Yeah. I mean, I think
18  that we did go over some of this during
19  my deposition. But it's my
20  understanding that the client, Lord and
21  Taylor, sends us a report making a
22  request for the demand amount that we
23  will be asked to make in the State of
24  Michigan, and that we verify those
25  through our office and specifically Liz

1   A. We receive the information, and
2   I think that some of the information
3   includes such things as the dollar
4   amount of the retail theft. And based
5   on that information, a demand letter is
6   prepared.
7   Q. Okay.
8   A. And sometimes it's actually sent
9   — it could be either through Liz
10  Perez or through our IT department,
11  through Gary Hinden's department.
12  Q. Okay. I'm trying to get a
13  sense, and I'm not trying to be
14  difficult. But I'm trying to really
15  understand who it is that calculates
16  the amount. And you've answered
17  generally and you said if there's a
18  mathematical formula that our office
19  calculated or didn't, and I'm trying to
20  understand how this happened with
21  regard to your relationship at Palmer
22  Reifler and Lord and Taylor
23  specifically, okay. When an incident
24  report is sent to you that starts the
25  process, who determines the amount that