

EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 08-21843-CIV-MORENO/TORRES

VERONICA KELLY, a citizen of Pennsylvania,
LIL SIMON, a citizen of Florida and
RON BAUM, a citizen of Florida,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

vs.

PALMER, REIFLER & ASSOCIATES, P.A.,
a Florida partnership

        Defendant.
_____/

### AFFIDAVIT OF VERONICA KELLY IN SUPPORT OF
### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Veronica Kelly, being first duly sworn, state:

1. I am over 21 years of age. I am competent to make this Affidavit. The facts asserted herein are within my personal knowledge and are true and correct to the best of my knowledge.

2. I am a resident of Allentown, Pennsylvania. I am employed by Allentown State Hospital.

3. I received three letters from the law firm of Palmer Reifler alleging that my then fourteen year old daughter had shoplifted from a local J.C. Penney. The letters are attached.

4. The first letter demanded payment of $202.00. The first letter also warned me that the demand amount would increase and include "pre-litigation attorney's fees" if I failed to pay.

5. My daughter assured me that she did not steal anything, so I refused to pay. After that, I received a second and then a third letter increasing the demand to $477.00. The letters threatened to send a sheriff to my door if I failed to pay.

6. J.C. Penney has dropped all criminal charges against my daughter.

7. Palmer has not withdrawn its demand.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Veronica Kelly

State of Pennsylvania)
                     ) ss.
County of Lehigh     )

SWORN TO and SUBSCRIBED before me by ~~Veronica Kelly~~ who is personally known or produced identification (type of identification produced ~~PA DL~~), this _3_ day of _April_, 2009.

_____
NOTARY PUBLIC

My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Debbie Raschke, Notary Public
Lower Macungie Twp., Lehigh County
My Commission Expires Jan. 19, 2012
Member, Pennsylvania Association of Notaries

LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.
1900 Summit Tower Boulevard, Suite 820 Orlando, Florida 32810-5951

**FLORIDA**

Post Office Box 607774
Orlando, Florida 32860-7774

**FLORIDA**

Telephone  (407) 875-8032
Toll Free   (888) 572-5637
Facsimile  (407) 875-0739

3/14/2008

Re: JCPENNEY

File:

Dear Parent/Guardian of J

This Law Firm represents JCPENNEY concerning its claim against you in connection with an incident involving your child in their store 67 on 3/1/2008.

Pursuant to "Damages in actions on retail theft" statute, 42 Pa.C.S.A. § 8308, JCPENNEY may proceed with a civil penalty claim against you.

**You may settle this matter by making payment to us in the amount of $202.00 within twenty (20) days of the date of this letter.** Upon receipt of full payment and clearance of funds, you will receive a written release of the civil penalty claim.

**Payment should be made payable and mailed to Palmer, Reifler & Associates, P.A., PO Box 607774, Orlando, FL 32860-7774. Please include the file number shown above on your payment.** If you wish to discuss alternative payment arrangements, you may call us at (888) 572-5637. **Money Orders, Checks, MasterCard, Visa, American Express, Discover, Money Gram, Electronic Checks and Debit Cards are also accepted. Pay on-line at WWW.PALMERPAY.COM.**

Should payment fail to be made, we will review the file for the possibility of further civil action and may choose to request pre-litigation attorney's fees. Therefore, to avoid a higher demand request, please make payment in full according to the terms stated or call our office to set up suitable payment arrangements.

Yours very truly,

Harry F. Smail, Jr.*
Of Counsel for the Firm

*Only affiliate of Firm admitted in PA
HFS/lll

Se Habla Español

LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.
1900 Summit Tower Boulevard, Suite 820 Orlando, Florida 32810-5951

**FLORIDA**

Post Office Box 607774
Orlando, Florida 32860-7774

**FLORIDA**

Telephone (407) 875-8032
Toll Free (888) 572-5637
Facsimile (407) 875-0739

4/9/2008

Re:

File:

## SECOND NOTICE

Dear Parent/Guardian of

This Law Firm represents JCPENNEY concerning its claim against you in connection with an incident involving your child in their store 67 on 3/1/2008. You have failed to make payment after written demand to do so.

Pursuant to the "Damages in actions on retail theft" statute, 42 Pa.C.S.A. § 8308, JCPENNEY may now proceed with litigation against you.

**You may stop a lawsuit from being filed and settle this matter by making payment to us in the amount of $477.00 within ten (10) days of the date of this letter.** If you desire, you may mail up to three (3) payments of at least $159.00 each, as long as the first $159.00 payment is postmarked within 10 days of the date on this letter and the remaining two (2) payments are mailed within 30 and 60 days. Upon receipt and clearance of your full payment, you will receive a written release of the civil penalty claim.

**Payment should be made payable and mailed to Palmer, Reifler & Associates, P.A., PO Box 607774, Orlando, FL 32860-7774. Please include the file number shown above on your payment.** If you wish to discuss alternative payment arrangements, you may call us at (888) 572-5637. **MasterCard, Visa, American Express, Discover, Money Gram, Money Order, Electronic Checks and Debit Cards are also accepted. Pay on-line at WWW.PALMERPAY.COM.**

Should payment fail to be made, our client may then proceed to file a lawsuit against you, in which case our client may seek attorney's fees, court costs and other legal expenses throughout the litigation. In such case, you would be served by the Sheriff or other means with a summons requiring you or your attorney to appear in court to defend the action. If successful in any such litigation, we estimate that our client would be seeking a final judgment of damages, attorney's fees and court costs in excess of the amount demanded herein.

Please make payment according to the terms herein to avoid such action.

Yours very truly,

Harry F. Smail, Jr.*
Of Counsel for the Firm

*Only affiliate of Firm admitted in PA
HFS/ll

Se Habla Español

# LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.

1900 Summit Tower Boulevard, Suite 820 Orlando, Florida 32810-5951

FLORIDA                                                                                   FLORIDA

Post Office Box 607774
Orlando, Florida 32860-7774

Telephone  (407) 875-8032
Toll Free   (888) 572-5637
Facsimile   (407) 875-0739

4/23/2008

Parent/Guardian of                                                                        Re:

## THIRD NOTICE

Dear Parent/Guardian of

This Law Firm represents JCPENNEY concerning its claim against you in connection with an incident involving your child in their store 67 on 3/1/2008. Pursuant to "Damages in actions on retail theft" statute, 42 Pa.C.S.A. § 8308, we previously mailed a written demand for payment of $477.00 to you. To date, you have failed to make full payment.

### THIS IS YOUR THIRD NOTICE.

We must receive payment of $477.00 within ten (10) days of the date of this letter. If you wish, you may make up to three (3) payments of no less than $159.00 each, as long as the first payment is postmarked within ten (10) days of the date of this letter. If you wish to discuss a different payment plan, you may call our office to do so at (888) 572-5637.

In the event our client chooses to file an action against you, either an attorney licensed to practice law in the state where the store is located or a JCPENNEY corporate representative will pursue the claim. If our client chooses to pursue this matter in court, you would be served by the sheriff or other means with a summons which would instruct you or your attorney to respond and/or appear in court to defend the action. If our client prevails in any such a lawsuit, we estimate that our client would seek a final judgment of damages, attorney's fees and court costs in excess of the amount demanded herein.

Please make payment according to the terms hereof to avoid such action. **Payment should be made payable and mailed to Palmer, Reifler & Associates, P.A, PO Box 607774, Orlando, FL 32860-7774. Please include the file number shown above on your payment. Please be sure to keep a record of this address for future payments, as we will not provide additional payment notices.**

**Money Orders, Money Gram, Electronic Check, MasterCard, Visa, American Express, Discover and Debit Card are also accepted. Pay on-line at WWW.PALMERPAY.COM.**

Govern yourself accordingly.

Yours very truly,

Harry F. Smail, Jr.*
Of Counsel for the Firm

*Only affiliate of Firm admitted in PA
HFS/lll

Se Habla Español