UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-21843-CIV-MORENO**

VERONICA KELLY, individually and on behalf
of others similarly situated,

      Plaintiff,

vs.

PALMER, REIFLER, & ASSOCIATES,

      Defendant.
_____/

## ORDER DENYING MOTION TO FILE DEPOSITION TRANSCRIPT UNDER SEAL

THIS CAUSE came before the Court upon Defendant's Motion to File Under Seal (**D.E. No. 205; filed on September 23, 2009**) an entire deposition transcript relied upon by Defendant in its Reply in Support of its Motion for Summary Judgment (**D.E. No. 200**).

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED** because Defendant seeks to seal the entire transcript of a deposition in a public proceeding, particularly in light of the fact that Defendant cites portions of the transcript in support of its Reply in Support of its Motion for Summary Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record